IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN PATRICK BAKER )
6608 Gude Avenue )
Takoma Park, Maryland 20912 )

        Plaintiff,

vs.

ALSTOM TRANSPORTATION, INC.
c/o
C T Corporation System )
1015 15th Street, N.W. )
Suite 1000 )
Washington, D.C. 20005 )
)
        Defendant. )

CASE NUMBER 1:05CV01352

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 07/07/2005

## NOTICE OF REMOVAL

ALSTOM Transportation, Inc., pursuant to 28 U.S.C. § 1446, hereby files this *Notice of Removal* of the above-captioned action to the United States District Court for the District of Columbia, from the Superior Court for the District of Columbia., where this action is presently pending and states the following in support thereof:

1.    On April 18, 2005, Plaintiff, Kevin Patrick Baker ("Mr. Baker"), filed this action for damages in the Superior Court for the District of Columbia, Civil Division. The caption, styled, *Kevin Patrick Baker v. ALSTOM Transportation, Inc.*, was assigned docket number 05-CA-0002968 (hereinafter, "State Court Action").

2.    Mr. Baker's *Complaint* seeks relief against ALSTOM for alleged violations of the Fair Labor Standards Act.

3.    A subpoena and service copy of the *Complaint* setting forth the claim for relief upon which the action is based was first received by ALSTOM's agent for service of process on

768821

June 17, 2005. This *Notice of Removal* is being filed within 30 days of the that date, as required by 28 U.S.C. § 1446(b).

4. No proceedings have taken place in the State Court Action. ALSTOM has not yet served an *Answer* or responsive pleading to Mr. Baker's *Complaint* or made any argument or appearance before the State Court.

5. This Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. 1331. Specifically, Mr. Baker has alleged that ALSTOM has violated a law of the United States, namely the Fair Labor Standard Act of 1938, as amended ("FLSA"), 29 U.S.C. § 207, *et. seq.* Consequently, this entire action may be removed to this Court, pursuant to 28 U.S.C. § 1441(b), without regard to the citizenship of the parties.[1]

6. This *Notice of Removal* is being filed in the United States District Court for the District of Columbia, the district court of the United States for the district and division within which the State Court Action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a).

7. Attached hereto as **Exhibit A** is a copy of all process, pleadings and order served upon ALSTOM in the State Court Action, pursuant to 28 U.S.C. § 1446(a).

8. Attached hereto as **Exhibit B** is a copy of the Notice of the filing of this *Notice of Removal* to the Clerk of the Civil Division of the Superior Court for the District of Columbia, the original of which is being filed with the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

9. Attached hereto as **Exhibit C** is a copy of the *Notice to the Adverse Party of the Filing of Notice of Removal*, the original of which is being served on Mr. Baker's counsel pursuant to 28 U.S.C. § 1446(a).

---

[1] Mr. Baker alleges that he is a resident of Takoma Park, Maryland. ALSTOM is incorporated in the State of New York. Accordingly there is diversity of citizenship in this matter.

WHEREFORE, Defendant, ALSTOM Transportation, Inc., respectfully requests that this action proceed in this Court as an action properly removed to it.

_____
Pamela J. White (D.C. Bar No. 962787)
Neil E. Duke (D.C. Bar No. 471942)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120
(410) 547-0699 – Fax

Attorneys for Defendant, ALSTOM Transportation Inc.