# EXHIBIT B

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

KEVIN PATRICK BAKER )
)
Plaintiff, )
)
vs. ) Civil File No.: 05-CA-0002968
)
ALSTOM TRANSPORTATION, INC. )
)
Defendant. )

## NOTICE TO CLERK OF FILING OF NOTICE OF REMOVAL

TO:   Clerk, Superior Court for the District of Columbia
      Civil Division
      500 Indiana Avenue, N.W., Room JM-170
      Washington, DC  20001

PLEASE TAKE NOTICE of the attached copy of the *Notice of Removal* of this case and the *Notice to Adverse Party of Filing of Notice of Removal*, which have been filed with the Clerk of the United States District Court for the District of Columbia.

_____
Pamela J. White (D.C. Bar No. 962787)
Neil E. Duke (D.C. Bar No. 471942)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD  21202-1643
(410) 685-1120
(410) 547-0699 – Fax

Attorneys for Defendant, ALSTOM Transportation Inc.

768821.1                                                6