# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN PATRICK BAKER )
)
      Plaintiff, )
)
      vs. )   Civil File No.:
)
ALSTOM TRANSPORTATION, INC. )
)
      Defendant. )

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:   Alan Banov, Esquire
      Norberto Salinas, Esquire
      Alan Banov & Associates
      1819 L Street, N.W., Suite 700
      Washington, D.C. 20036

COUNSEL:

      PLEASE TAKE NOTICE that a *Notice of Removal* of the above-captioned action from

the Superior Court for the District of Columbia, to the United States District Court for the

District of Columbia was duly filed on this 6th day of July, 2005, in the United States District

Court for the District of Columbia.  A copy of such *Notice* is attached.

                                   Pamela J. White (D.C. Bar No. 962787)
                                   Neil E. Duke (D.C. Bar No. 471942)
                                   Ober, Kaler, Grimes & Shriver
                                   A Professional Corporation
                                   120 East Baltimore Street
                                   Baltimore, MD  21202-1643
                                   (410) 685-1120
                                   (410) 547-0699 – Fax

                                   Attorneys for Defendant, ALSTOM Transportation
                                   Inc.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

KEVIN PATRICK BAKER        )
                                     )
       Plaintiff,          )
                                     )
                                     )   Civil File No.:
       vs.                )
                                     )
ALSTOM TRANSPORTATION, INC.    )
                                     )
       Defendant.        )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of July 2005, that a copy of the foregoing *Defendant's Notice of Removal, Notice to the Clerk of Filing of Notice of Removal, Notice to Adverse Party of Filing of a Notice of Removal* was served by United States first-class mail, postage prepaid, upon Plaintiff's counsel identified below:

Alan Banov, Esquire
Norberto Salinas, Esquire
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036

                                   _____
                                   Pamela J. White (D.C. Bar No. 962787)
                                   Neil E. Duke (D.C. Bar No. 471942)
                                   Ober, Kaler, Grimes & Shriver
                                   A Professional Corporation
                                   120 East Baltimore Street
                                   Baltimore, MD  21202-1643
                                   (410) 685-1120
                                   (410) 547-0699 – Fax

                                   Attorneys for Defendant, ALSTOM Transportation Inc.