CO-386-online
10/03

# United States District Court
# For the District of Columbia

KEVIN PATRICK BAKER )
)
)
)
                    Plaintiff )          Civil Action No. _05-1352_____
        vs )
ALSTOM TRANSPORTATION, INC. )
)
)
                    Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _ALSTOM Transportation Inc._ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _ALSTOM Transportation Inc._ which have

any outstanding securities in the hands of the public:

G E C Alsthom Transportation Inc.
Alstom Transport, Paris
ALSTOM Power Inc.
ALSTOM Power Receivables Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

_471942_____
BAR IDENTIFICATION NO.

Neil E. Duke
Print Name

120 East Baltimore Street
Address

Baltimore, MD 21202
City        State        Zip Code

(410) 685-1120
Phone Number