**EXHIBIT C**

Case 1:05-cv-01352-RCL    Document 3-4    Filed 07/12/2005    Page 1 of 2

# JOB POSTING

| Job Title: **Electrical Engineer** | Requisition Number: **USP080** |
|---|---|

| Department: Engineering | Vacancies: 1 | Hiring Manager: L. Malo, M. Freece, et. al. |
|---|---|---|

| Location: Hornell, NY | Reports to: Director of Engineering |
|---|---|

| Status: <br> ✔ Regular  ☐ Temporary <br> ✔ Full Time  ☐ Part Time ___ hrs/wk  ☐ Casual ___ hrs/wk <br> ☐ Direct  ✔ Indirect | Grade: |
|---|---|

**Job Summary & Essential Duties:**

- Direction and successful completion of the electrical engineering activities related to an assigned project.
- Completion of these activities is to be on schedule and within budget.

**Experience & Skills**
  Required:
- A minimum of 5 years experience in the rail industry.
- Five years experience within a design-engineering department as an Electrical Engineer or equivalent.

**Education & Training**
  Required:
- Bachelor's or higher degree in Electrical, Electronic, or other appropriate engineering field.

  Desired:
- BS in Electrical/Mechanical Engineering

To request consideration for posted job opportunities you must obtain a "Job Posting Application" from your Human Resources or the Hornell Intranet Site. Please send the completed form and an updated resume to the Human Resources Department.

| ALSTOM | Date Posted: January 19, 2001 | Date Closed: January 26, 2001 |
|---|---|---|