UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALSTOM TRANSPORTATION, INC. , )<br>)<br>Defendant. )<br>) | Civil Action, No. 05-01352 |

ORDER

Defendant has filed an Answer[3] to plaintiff's Complaint. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.

All filings shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Judge Royce C. Lamberth, United States District Judge, on August 18, 2005