UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

REPORT OF PARTIES' RULE 26(F) CONFERENCE

Pursuant to F. R. Civ. P. 26(f), LCvR 16.3, and the Court's Order of August 18, 2005, a conference was held on September 2, 2005, by telephone and was participated in by:

Norberto Salinas, counsel for Plaintiff Kevin Patrick Baker, and

Neil Duke, counsel for Defendant Alstom Transportation, Inc

The parties submit the following report of that conference.

1) Neither party has filed any dispositive motions. This case is likely to be disposed of by dispositive motions, or by settlement. The parties will consider filing dispositive motions after they have assessed their positions during the discovery period.

2) The parties agree that there are no other parties to join. The parties also agree that this case is factually and legally simple. The issues are: 1) whether plaintiff was truly an exempt or non-exempt employee under the Fair Labor Standards Act (FLSA), and 2) if plaintiff was a non-exempt employee, then how much defendant should compensate plaintiff for uncompensated overtime which plaintiff worked for defendant.

3) The parties agree that the case should not be assigned to a Magistrate Judge for all purposes. The parties do not object to the Court's assigning discovery disputes or related issues to a Magistrate Judge.

4) The parties discussed settlement before plaintiff formally served his complaint on defendant. The parties were unable to resolve this matter. Plaintiff's counsel believe that the case has a realistic possibility of settling, because they believe the parties are not that far apart. Defendant may assess the possibility of settling this case during the discovery period, but considers the last offers as too far apart.

5) Plaintiff is receptive to ADR in this case. Defendant may assess the benefits of ADR after discovery has commenced.

6) The parties agree that the case could be resolved at least in part by summary judgment motions. The parties proposed the following due dates concerning dispositive motions:

| | |
|---|---|
| December 12, 2005 | Proposed deadline for filing dispositive motions |
| December 29, 2005 | Proposed deadline for filing oppositions |
| January 12, 2006 | Proposed deadline for filing replies |
| February 13, 2006 | Proposed date for decision(s) on dispositive motion(s) |

7) The parties agree that they will serve initial disclosures. Plaintiff's and defendant's initial disclosures are currently due by September 16, 2005.

8) Plaintiff has proposed that the parties submit a protective order to the Court to protect the confidentiality of certain company records and personal information. Defendant agrees in principle with the necessity of a protective order and the parties will file one in the near future. The parties have proposed a completion date for all discovery of November 14, 2005.

9)  The parties have not yet determined whether the case requires expert witnesses. However, the parties reserve their right under F. R. Civ. P. Rule 26(a)(2) to exchange expert witness reports and information at a later date during the discovery period.

10) N/A.

11) The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12) The parties propose March 13, 2006, as the date for the pretrial conference.

13) The parties agree that the Court should set a trial date at the pretrial conference.

14) The parties do not think they need to include any other information in the Scheduling Order.

Respectfully submitted,

_____
Alan Banov (D.C. Bar No. 95059)
Norberto P. Salinas (D.C. Bar No. 474710)
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
Attorneys for Plaintiff

_____
Pamela J. White (D.C. Bar No. 962787)
Neil E. Duke (D.C. Bar No. 471942)
OBER, KALER, GRIMES & SHRIVER
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120
Fax: (410) 547-0699
Attorneys for Defendant

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, a copy of the foregoing Report of Parties' Rule 26(f) Conference was served electronically on the following attorneys for defendant:

>Pamela J. White, Esq.
>Neil E. Duke, Esq.
>Ober, Kaler, Grimes & Shriver
>A Professional Corporation
>120 East Baltimore Street
>Baltimore, MD  21202-1643

_____
ALAN BANOV