UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Upon consideration of the Report of Parties' Rule 26(f) Conference and the record herein, it is this _____ day of September, 2005,

ORDERED that the parties will observe the following deadlines:

| | |
|---|---|
| November 14, 2005 | Completion date for all discovery |
| December 12, 2005 | Deadline for filing dispositive motions |
| December 29, 2005 | Deadline for filing oppositions |
| January 12, 2006 | Deadline for filing replies |
| February 13, 2006 | Tentative date for decision(s) on dispositive motion(s) |
| _____, 2006 | Pretrial conference |

and it is further ORDERED that _____

_____
ROYCE C. LAMBERTH

Copies to:
Alan Banov and Norberto Salinas
ALAN BANOV & ASSOCIATES
ab@banovlaw.com

Pamela J. White and Neil E. Duke
OBER, KALER, GRIMES & SHRIVER
pjwhite@ober.com