UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ALSTOM TRANSPORTATION, INC.,** )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1352 (RCL) |

## ORDER

Upon consideration of the Report of Parties' Rule 26(f) Conference and the record herein, it is hereby

ORDERED that the parties will observe the following deadlines:

| | |
|---|---|
| September 16, 2005 | Initial disclosures under Rule 26(a)(1) |
| November 14, 2005 | Completion date for all discovery |
| December 12, 2005 | Deadline for filing dispositive motions |
| December 29, 2005 | Deadline for filing oppositions |
| January 12, 2006 | Deadline for filing replies |

A status conference will be scheduled to set dates for pretrial and trial after disposition of any dispositive motions.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 14, 2005.