## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### PLAINTIFF'S CONSENT MOTION TO FILE PROTECTIVE ORDER

Plaintiff Kevin Patrick Baker, through his undersigned counsel, hereby moves the Court to enter the attached Stipulated Protective Order, as anticipated by paragraph 8 of the parties' Joint Meet and Confer Statement, which they filed on September 12, 2005.

Defendant's counsel consents to the entry of the attached protective order.

Approving the attached protective order furthers the interests of justice and does not prejudice either party.

WHEREFORE, plaintiff respectfully requests that the Court enter into the record the attached Stipulated Protective Order.

Respectfully submitted,

_____/s/_____
Alan Banov (D.C. Bar No. 95059)
Norberto P. Salinas (D.C. Bar No. 474710)
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiff