UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1352 (RCL) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion [8] to File Protective Order, it is hereby

ORDERED that plaintiff's consent motion [8] to file protective order is hereby GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 3, 2005.