UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

PLAINTIFF'S CONSENT MOTION TO WITHDRAW
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff Kevin Patrick Baker, through his undersigned counsel, hereby moves the Court, at the request and with the consent of defendant, to withdraw his original Motion for Protective Order and to strike it and the exhibits accompanying it from the record.

Plaintiff is substituting a Corrected Motion for Protective Order in its place.

WHEREFORE, plaintiff respectfully requests that the Court strike from the record Plaintiff's Original Motion for Protective Order.

Respectfully submitted,

_____/s/_____
Alan Banov (D.C. Bar No. 95059)
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiff