## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER

Upon consideration of Plaintiff Kevin Patrick Baker's Consent Motion to Withdraw Plaintiff's original Motion For Protective Order and the record herein, it is this _____ day of _____, 2005,

ORDERED that said motion and the accompanying exhibits will be struck from the record.

_____
ROYCE C. LAMBERTH

Copies to:
Alan Banov and Norberto Salinas
ALAN BANOV & ASSOCIATES
ab@banovlaw.com

Pamela J. White and Neil E. Duke
OBER, KALER, GRIMES & SHRIVER
pjwhite@ober.com