UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-1352 (RCL) |
| | ) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion [12] to Withdraw Plaintiff's original Motion [11] For Protective Order and the record herein, it is hereby

ORDERED that said motion and the accompanying exhibits will be struck from the record.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 7, 2005.