UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALSTOM TRANSPORTATION, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. 05-CV-1352 (RCL) |

PLAINTIFF'S MOTION TO COMPEL MORE COMPLETE RESPONSES
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND FIRST SET OF REQUESTS FOR DOCUMENT

Plaintiff Kevin Patrick Baker, through his undersigned counsel, hereby moves the Court to compel Defendant ALSTOM Transportation, Inc. to provide complete responses to Plaintiff's Interrogatories Nos. 1, 7, 8, 10, 14, 17, 18, 19, 21, 22, and 23, and Plaintiff's Requests for Production of Documents, Nos. 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, and 18 and to deem as admitted Plaintiff's Request for Admissions, Nos. 2, 4, 9, 12, 13, 14, 15, 18, 21, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 40, 41, 43, and 44. The reasons why defendant's discovery responses are incomplete and why the Court should deem many of plaintiff's Requests for Admissions as admitted are explained in the accompanying Memorandum of Points and Authorities.

For several months plaintiff has endeavored informally, through letters, e-mails, and oral requests, to obtain complete responses to the above-referenced discovery requests. See Exhibits 4, 8, 9, 11, 12, and 17 hereto. However, defendant has failed or refused to provide more complete responses to those requests.

Further, because defendant's failure to provide complete responses is prejudicing plaintiff in his discovery efforts, plaintiff respectfully requests that the Court award him reasonable costs and attorneys' fees for the services of his counsel in preparing this motion.

Finally, because defendant's abject failure to provide complete discovery responses has prejudiced plaintiff in his discovery, including his depositions, plaintiff requests that the Court postpone the discovery cutoff until 30 days after its order ruling on this motion and extend the deadline to file dispositive motions by 45 days.

WHEREFORE, plaintiff respectfully requests that the Court order Defendant ALSTOM Transportation, Inc. to provide complete responses to Plaintiff's Interrogatories Nos. Nos. 1, 7, 8, 10, 14, 17, 18, 19, 21, 22, and 23, and Plaintiff's Requests for Production of Documents, Nos. 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, and 18 within ten (10 days of said order; to deem as admitted Plaintiff's Request for Admissions, Nos. 2, 4, 9, 12, 13, 14, 15, 18, 21, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 40, 41, 43, and 44; and to order defendant to reimburse plaintiff for the cost and attorneys' fees he has incurred in the preparation of this motion.[1]  Plaintiff further suggests that the Court postpone the discovery cutoff until 30 days after its order ruling on this motion and extend the deadline to file dispositive motions by 45 days.

---

[1]  If the Court grants this request, within 10 days plaintiff's counsel will provide an affidavit and bills to document the cost to plaintiff of this motion.

        Respectfully submitted,

        _____/s/_____
        Alan Banov (D.C. Bar No. 95059)
        Norberto P. Salinas (D.C. Bar No. 474710)
        ALAN BANOV & ASSOCIATES
        1819 L Street, N.W., Suite 700
        Washington, D.C. 20036-3830
        (202) 822-9699
        Fax: (202) 842-9331
        ab@banovlaw.com
        Attorneys for Plaintiff

Case 1:05-cv-01352-RCL   Document 15   Filed 11/11/2005   Page 3 of 3