UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Upon consideration of Plaintiff Kevin Patrick Baker's Motion to Compel More Complete Responses to Plaintiff's First Set Of Interrogatories and First Set Of Requests for Documents and to Deem Requests for Admissions Admitted, Defendant ALSTOM Transportation, Inc.'s opposition thereto, and the record herein, it is this _____ day of _____, 2005,

ORDERED that said motion be GRANTED; and it is further

ORDRED that within ten (10) days hereof, Defendant ALSTOM Transportation, Inc. will provide complete responses to Plaintiff's Interrogatories Nos. 1, 7, 8, 10, 14, 17, 18, 19, 21, 22, and 23, and Plaintiff's Requests for Production of Documents, Nos. 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, and 18 of said order; and it is further

ORDRED that, for purposes of dispositive motions and trial, Plaintiff's Requests for Admissions, Nos. 2, 4, 9, 12, 13, 14, 15, 18, 21, 23, 24, 27, 28, 29, 30, 31, 32, 33, 34, 36, 37, 40, 41, 43, and 44 will be deemed as admitted; and it is further

FOUND that there is absolutely no justification for defendant's failure or refusal to provide complete, honest responses to the above-referenced discovery requests; and it is further

2

ORDERED that defendant therefore will reimburse plaintiff for the costs and attorneys' fees he has incurred in the preparation of this motion, his attorneys to file within 10 days an affidavit and bills to document the costs to plaintiff of this motion; and it is further

ORDRED that the discovery cutoff will be extended until 30 days hereof and that the deadline to file dispositive motions will be extended until 45 days hereof.

_____
ROYCE C. LAMBERTH
JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Alan Banov and Norberto Salinas
ALAN BANOV & ASSOCIATES
ab@banovlaw.com

Pamela J. White and Neil E. Duke
OBER, KALER, GRIMES & SHRIVER
pjwhite@ober.com