# EXHIBIT B

# JOB POSTING

| Job Title: **Electrical Engineer** | | Requisition Number: **USP080** |
|---|---|---|
| Department: Engineering | Vacancies: 1 | Hiring Manager: L. Malo, M. Freece, et. al. |
| Location: Hornell, NY | | Reports to: Director of Engineering |
| Status: ✔Regular ☐Temporary  ✔Full Time ☐Part Time ___hrs/wk ☐Casual ___hrs/wk  ☐Direct ✔Indirect | | Grade: |

**Job Summary & Essential Duties:**

- Direction and successful completion of the electrical engineering activities related to an assigned project.
- Completion of these activities is to be on schedule and within budget.

**Experience & Skills**

Required:
- A minimum of 5 years experience in the rail industry.
- Five years experience within a design-engineering department as an Electrical Engineer or equivalent.

**Education & Training**

Required:
- Bachelor's or higher degree in Electrical, Electronic, or other appropriate engineering field.

Desired:
- BS in Electrical/Mechanical Engineering

To request consideration for posted job opportunities you must obtain a "Job Posting Application" from your Human Resources or the Hornell Intranet Site. Please send the completed form and an updated resume to the Human Resources Department.

**ALSTOM**

Date Posted: January 19, 2001

Date Closed: January 26, 2001

ALS0022