# EXHIBIT D

ALSTOM

# PERFORMANCE EVALUATION

| Field | | Entry |
|---|---|---|
| Full Name | : | Kevin Patrick Baker |
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Customer Service/Engineering |
| Sector/Business | : | TUS / MBU |
| Effective Date of Current Position | : | 30 October 2000 |
| Direct Manager | : | CURTIS MOSES |
| Functional Manager / Internal Customer(s) | : | |

**Performance Evaluation Scale:**

4 - Has exceeded all of the requirements.

3 - Has exceeded most of the requirements and met all others.

2 - Has met the requirements.

1 - Has met some but not all of the requirements.

0 - Has not met the requirements.

| PERFORMANCE EVALUATION | |
|---|---|
| *Performance Objectives Completion* | 4 |
| *Behavioral/Interpersonal Skills* | 4 |
| **OVERALL EVALUATION** | 4 |

**COMMENTS:**

I have placed a great deal of energy into this project (over 525 hrs overtime in 2001). Hopefully my efforts have not gone un noticed.

| Employee Date / Signature: | Direct Manager - Job Title Date / Signature: | Functional Manager / Internal Customer(s) - Job Title Date / Signature: |
|---|---|---|
| Kevin Patrick 2/6/2 | Curtis Moses<br>Curtis Moses 2/7/02 | [signature] 2/15/02 |

**Please send a copy of this completed form to the Human Resources Department**

ALSTOM

# PERFORMANCE OBJECTIVES

**Year:** 2002 / 2003 Page: ____ of

| | |
|---|---|
| FULL NAME: | Kevin Patrick Baker |
| JOB TITLE: | Electrical Engineer |
| UNIT / DEPARTMENT: | Customer Service - Engineering |
| SECTOR / BUSINESS: | TUS / MBC |

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| EMPLOYEE: | Kevin Patrick Baker | Kevin Patrick Baker | 02-06-02 |
| DIRECT MANAGER: | CURTIS HOVEY | Curtis Hovey | 2/7/02 |
| FUNCTIONAL MANAGER: | | [signature] | 2/15/02 |

***Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.***

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching M - Measurable A - Agreed R - Realistic T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS Date | Date | Date | Date | RESULTS AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **PERFORMANCE OBJECTIVES** | | | | | | |
| H | | • Take the initiative to independently resolve problems, and propose methods to analyze causes. | | | | | | |
| M | | • Refine independent decision making skills in order to minimize supervisory intervention. | | | | | | |
| M | | • Become a better team player and develop leadership attributes. | | | | | | |
| M | | • Gain a better understanding of corporate organization & business operations and be more versatile by acquiring a broader knowledge of company products. | | | | | | |
| M | | • Assist in product development & improvement. | | | | | | |
| H | | • Ultimately be an important part of the success of the NEC-Amtrak project and obtain the skills to break ground on the next project. | | | | | | |
| | | • | | | | | | |

IMPORTANT: Attach supporting material such as job description, functional competencies, 360 °, self-appraisal, etc. as applicable

**Please send a copy of this completed form to the Human Resources Department**

ALSTOM

Year: 2002 / 2003

| | | |
|---|---|---|
| Full Name | : | Kevin Patrick Baker |
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Customer Service-Engineering |

## DEVELOPMENT OBJECTIVES

**STRENGTHS & AREAS FOR IMPROVEMENT (training, coaching, technology etc.):**

**Technical/Professional:** In the past year I have become quite knowledgable and achieved a greater level of technical competance. However, this year I feel I can still improve greatly by studing diagrams, schematics, and specifications or manuals.
I have the benifits of the following qualifications; I'm a degreed Electrical Engineer with 20 plus years of technical experience, the last 5 years have been in the rail road industry, both in the lab & field.

Kevin engineering skill is excellant, if given the techinal information in english format, he can excel even further. I would suggest travel to other location to improve this.

**Behavioral/Interpersonal/Managerial:** My interpersonal skills are fairly good, I get along well with others. I could use some improvement in my listening skills. If someone is having difficulty communicating an idea, I should not attempt to guess what the person wants to say, but stay quiet until that person is finished attempting to convey their ideas. I don't feel as though I've achieved my full leadership potential and should, exert myself more in this area as well.

I feel that in a short period of time, Kevin can excel in all aspects on supervisory skills and customer relation.

**Please send a copy of this completed form to the Human Resources Department**

# ALSTOM CAREER AND MOBILITY

**Full Name:** Kevin Patrick Baker **Year:** 2002 / 2003

**CAREER INTERESTS (short, mid and long term):**

**Employee Comments:** Short Term: apagnaise, Mid Term: New Projectassignment & Duties, Long Term: Project Leader

**Appraiser Comments:** I agree that Kevin can adapt to another project easily, with time he can progress to project leader.

**MOBILITY (functional/geographical/Sector/date):**

**Employee Comments:** Assignment to a new project and location is desirable and enevitable. Hornell, NY or another Field Site is suitable to me. Some sort of estimate of time remaining on this project could be helpful in my personal planning

**Appraiser Comments:** Kevin is a hard working family man that can adapt to change in location.

**COMMENTS:**

| Employee Date / Signature: | Direct Manager – Job Title Date / Signature: | Functional Manager / Internal Customer(s) – Job Title Date / Signature: |
|---|---|---|
| Kevin Patrick Baker 2-6-2 | CURTIS MOSES, [signature] 2/7/02 | [signature] 2/13/02 |

**Please send a copy of this completed form to the Human Resources Department**

ALS0359

AO-2 MSWord - 0

ALSTOM

# PERFORMANCE OBJECTIVES

Year: 2002 / 03 Page: 1 of 4

| | |
|---|---|
| FULL NAME: | Kevin Patrick Baker |
| JOB TITLE: | Electrical Engineer |
| UNIT / DEPARTMENT: | Service |
| SECTOR / BUSINESS: | Rolling Stock Americas (U.S. Operations) |

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| EMPLOYEE: | Kevin Patrick Baker | | |
| DIRECT MANAGER: | Curtis Moses | [signature] | 2/15/02 |
| FUNCTIONAL MANAGER: | | | |

***Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.***

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching, M - Measurable, A - Agreed, R - Realistic, T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS Date | Date | Date | Date | RESULTS AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **PERFORMANCE OBJECTIVES** | | | | | | |
| H | | • Take the initiative to independently resolve problems, and propose methods to analyze causes. | | | | | | |
| M | | • Refine independent decision making skills in order to minimize supervisory intervention. | | | | | | |
| M | | • Become a better team player and develop leadership attributes. | | | | | | |
| M | | • Gain a better understanding of corporate organization and business operations, and be more versatile by acquiring a broader knowledge of company products. | | | | | | |
| M | | • Assist in product development and improvement. | | | | | | |
| H | | • Ultimately be an important part of the success of the NEC-AMTRAK project and obtain the skills to break ground on the next project. | | | | | | |
| | | • | | | | | | |

ALSTOM

# PERFORMANCE EVALUATION

| Field | | Value |
|---|---|---|
| Full Name | : | Kevin Patrick Baker |
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Service |
| Sector/Business | : | Rolling Stock Americas |
| Effective Date of Current Position | : | |
| Direct Manager | : | Curtis Moses |
| Functional Manager / Internal Customer(s) | : | |

**Performance Evaluation Scale:**

4 - Has exceeded all of the requirements.

3 - Has exceeded most of the requirements and met all others.

2 - Has met the requirements.

1 - Has met some but not all of the requirements.

0 - Has not met the requirements.

| PERFORMANCE EVALUATION | |
|---|---|
| ***Performance Objectives Completion*** | |
| ***Behavioral/Interpersonal Skills*** | |
| OVERALL EVALUATION | |

**COMMENTS:**
I have placed a great deal of energy into this project (over 525 hours overtime in 2001). Hopefully, my efforts have not gone unnoticed.

| | | |
|---|---|---|
| Kevin Patrick Baker<br>**Employee**<br>Date / Signature: | Curtis Moses<br>**Direct Manager - Job Title**<br>Date / Signature: | [signature]<br>**Functional Manager / Internal Customer(s) - Job Title**<br>Date / Signature: original in pencil [illegible] |

**Please send a copy of this completed form to the Human Resources Department**

ALSTOM

**Year: __2002/ 03**

| Full Name | : | Kevin Patrick Baker |
|---|---|---|
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Service |

## DEVELOPMENT OBJECTIVES

**STRENGTHS & AREAS FOR IMPROVEMENT (training, coaching, technology etc.):**

**Technical/Professional:**

In the past year I have become quite knowledgeable and achieved a greater level of technical competence. However, this year I feel I can still improve greatly by studying diagrams, schematics, and specifications, or manuals.

I have the benefit of the following qualifications; I am a degreed Electrical Engineer with 20 plus years of technical experience. The last five years have been in the railroad industry, both in the lab and field.

Kevin's engineering skill is excellent, if given the technical information in English format, he can excel even further. I would suggest travel to other locations to improve this.

**Behavioral/Interpersonal/Managerial:**

My interpersonal skills are fairly good, I get along well with others. I could use some improvement in my listening skills. If someone is having difficulty communicating an idea, I should not attempt to guess what the person wants to say, but stay quiet until that person is finished attempting to convey their ideas. I don't feel as though I've achieved my full leadership potential and should exert myself more in this area as well.

I feel that in a short period of time, Kevin can excel in all aspects of supervisory skills and customer relation.

**Please send a copy of this completed form to the Human Resources Department**

# ALSTOM CAREER AND MOBILITY

**Full Name:** Kevin Patrick Baker **Year:** 2002/03

**CAREER INTERESTS (short, mid and long term):**

**Employee Comments:**

Short term: a pay raise
Mid term: new project assignment and duties
Long term: project leader

**Appraiser Comments:**

I agree that Kevin can adapt to another project easily, with time he can progress to project leader.

**MOBILITY (functional/geographical/Sector/date):**

**Employee Comments:**

Assignment to a new project and location is desirable and inevitable. Hornell, NY or another field site is suitable to me. Some sort of estimate of time remaining on this project could be helpful in my personal planning.

**Appraiser Comments:**

Kevin is a hard working family man that can adapt to change in location.

**COMMENTS:**

| Kevin Patrick Baker<br>**Employee**<br>Date / Signature: | Curtis Moses<br>**Direct Manager – Job Title** Date / Signature: | [signature] [handwritten: original in Pencil]<br>**Functional Manager / Internal Customer(s) - Job Title**<br>Date / Signature: 2/13/02 |
|---|---|---|

**Please send a copy of this completed form to the Human Resources Department**

ALS0363

AO-2 MSWord - 01/01

ALSTOM

# EMPLOYEE PERFORMANCE APPRAISAL

Name KEVIN BAKER

Appraisal Period 2002-2003

ALS0364

AO-2 MSWord - 01/01

Kevin Bake

ALSTOM

# PERFORMANCE OBJECTIVES AND RESULTS

Year: 2002 / 2003 Page: 1 of 4

| | |
|---|---|
| FULL NAME: | Kevin Patrick Baker |
| JOB TITLE: | Electrical Engineer |
| UNIT / DEPARTMENT: | Customer Service / Engineering |
| SECTOR / BUSINESS: | Transport US / RSU |

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| EMPLOYEE: | Kevin Patrick Baker | Kevin Patrick Baker | 2/27/3 |
| DIRECT MANAGER: | Curtis Moars | Curtis Moars | 2/27/03 |
| FUNCTIONAL MANAGER: | | [illegible] | 3/9/03 |

*Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.*

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching M - Measurable A - Agreed R - Realistic T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS Date | Date | Date | Date | RESULTS AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | PERFORMANCE OBJECTIVES | | | | | | |
| H | | • Take the initiative to independently resolve technical problems by identifying & analyzing causes | | | | | | • With added responsibilities new problems will be present for AEM7 program |
| H | | • Resolve these issues by proposing methods to avoid the same or similar situations | | | | | | • Focus on non-warranty issues. |
| M | | • Develope and refine independent decision making skills | | | | | | • |
| L | | • Become a better Team Player but with minimal supervision | | | | | | • Set High priorities as a lead tech. |
| M | | • Obtain a better understanding of corporate goals and business operations | | | | | | • |
| H | | • Become technically more diverse by developing a broader knowledge of more company products | | | | | | • |
| M | | • Be an instrument of Project Success & hone the skills required to break new ground on future projects | | | | | | • |
| M | | • Develope leadership attributes w/ customer focus | | | | | | • |

**Please send a copy of this completed form to the Human Resources Department.**

IMPORTANT: Attach supporting material such as job description, functional competencies, 360 °, self-appraisal, etc. as applicable

ALS0365

ALSTOM

# PERFORMANCE EVALUATION

Year: 2002 / 2003 Page: 2 of 4

| Field | | Value |
|---|---|---|
| Full Name | : | Kevin Patrick Baker |
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Engineering/Customer Service |
| Sector/Business | : | RSU / Transport US |
| Effective Date of Current Position | : | 24 October 2000 |
| Direct Manager | : | Curtis Moses |
| Functional Manager / Internal Customer(s) | : | |
| Human Resources | : | |

**Performance Evaluation Scale:**
4 - Has exceeded all of the requirements.
3 - Has exceeded most of the requirements and met all others.
2 - Has met the requirements.
1 - Has met some but not all of the requirements.
0 - Has not met the requirements.

| PERFORMANCE EVALUATION | |
|---|---|
| *Performance Objectives Completion* | 2 |
| *Behavioral/Interpersonal Skills* | 2 |
| OVERALL [illegible] | [illegible] |

**COMMENTS:**

Another year has passed with well over 525 hours overtime on this project. I have realized some benifits of this labor but just the same, the personal toll of this sacrifice has been immeasurable.

Kevin Patrick Baker
2/27/3
Employee
Date / Signature:

Kevin's technical abilities is excellent. His mechonical skill is equal to technicical skills. He need to improve on punctionality.

Curtis Moses - site manager
Direct Manager - Job Title
Date / Signature:

[signature]
Functional Manager / Internal Customer(s) - Job Title
Date / Signature:
04/03/03 Operation Manager

**Please send a copy of this completed form to the Human Resources Department**

ALS0366

AO-2 MSWord - 01/01

ALSTOM

# DEVELOPMENT OBJECTIVES

Year: 2002 / 2003 Page: 3 of 4

| Full Name | : | Kevin Patrick Baker |
|---|---|---|
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Customer Service/Engineering |

| STRENGTHS (training, coaching, technology etc.): | AREAS FOR IMPROVEMENT (training, coaching, technology etc.): |
|---|---|
| **Technical/Professional::** In the year since my last evaluation I feel as though I've developed a greater understanding of this project from a technical standpoint and have been afforded the opportunity to broaden my knowledge base by cross training on another product. My Electrical Engineering Degree and strengths in Power Electronics, Electrical Machines and Analog/Digital Controls make me a good fit for this business and also allows for openning new opportunities within the company. | **Technical/Professional** Now that I've been crossed trained on another program AEM-7AC "Reman", in addition to NEC-FPA/Amtrak "Acela & HHP", I expect to achieve the same level of competency on that program as well. In addition, Software & Hardware failure analysis technical abilities should be honed such that I can take the lead on this site. With my recent designation as Lead Engineer, I need to focus on leading ALSTOM Techs and training Customer Techs |
| | Kevin - tech abilities is excellent to become a lead engineer. Cm |
| **Behavioral/Interpersonal/Managerial:** Given the often stressful environment & fast response to problems required, I feel as though my behavior has been exemplary. I get along well with others and can put any rough spots in the road far behind me. I've tried to lead by example, hard work, begets hard work. | **Behavioral/Interpersonal/Managerial:** While I feel as though I've improved upon my listening skills, they could use some refinement. I could stand to develope some tolerance or patience with those that exhibit mediocrity. Within this coming year I expect my leadership skills to blossum, along with that I hope to improve my time management skills. Kevin need to increase on managerial skills so that opportunities in the near future will be present. He need to become more of a listener. Punctionality need much improvement. |

Please send a copy of this completed form to the Human Resources Department

AO-2 MSWord - 01/01

ALS0367

ALSTOM

# CAREER AND MOBILITY

Year: 2002 / 2003 Page: 4 of 4

Full Name Kevin Patrick Baker

**CAREER INTERESTS (short, mid and long term):**

**Employee Comments:** Short Term: More pay, less hours

Short/Mid Term: Additional responsibilities & assingments

Mid/Long Term: Project Leadership & enhancement of leadership skills

Long-Long Term: Transfer to another project, either in the OC Metropolitan area or relocation to another site.

**Appraiser Comments:**

Kevin will get more responsibilities & assignments in the very near future. A lead position can present itself soon. cm

**MOBILITY (functional/geographical/Sector/date):**

**Employee Comments:** Project responsibilities & locations are always flexible given the appropriate notification & support. Short term travel is obviously a viable option and usually possible at a moments notice. Long term planning of a personal nature would be greatly benifited by a reasonable estimate of the present projects commitment/duration

**Appraiser Comments:** In the mid-term future other programs will be avaible cm

Please send a copy of this completed form to the Human Resources Department

ALSTOM

# EMPLOYEE PERFORMANCE APPRAISAL

Name KEVIN BAKER

Appraisal Period 2003 /2004

ALSTOM

# PERFORMANCE OBJECTIVES AND RESULTS

Year: 2003 / 2004 Page: ____ of ___

| JOB TITLE: | Electrical Engineer |
| --- | --- |
| UNIT / DEPARTMENT: | Service |
| SECTOR / BUSINESS: | Transport |

| | PRINT NAME | SIGNATURE | DATE |
| --- | --- | --- | --- |
| EMPLOYEE: | Kevin Patrick Baker | | |
| DIRECT MANAGER: | Curtis Moses | | |
| FUNCTIONAL MANAGER: | | | |

***Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.***

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching M - Measurable A - Agreed R - Realistic T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS Date | Date | Date | Date | RESULTS AND COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | PERFORMANCE OBJECTIVES | | | | | | |
| H | | • Take the initiative to independently resolve technical problems by identifying and analyzing cause | | | | | | |
| H | | • Resolve these issues by proposing methods to avoid the same or similar situations. | | | | | | |
| M | | • Develop and refine independent decision making skills. | | | | | | |
| L | | • Become a better team player but with minimal supervision. | | | | | | |
| M | | • Obtain a better understanding of Corporate goals and business operations. | | | | | | |
| H | | • Become technically more diverse by developing a broader knowledge of more company products. | | | | | | |
| M | | • Be an instrument to project success, hone the skills required to break new ground on future projects. | | | | | | |
| M | | • Develop leadership attributes with customer focus. | | | | | | |

**Please send a copy of this completed form to the Human Resources Department.**

ALS0370

AO-2 MSWord - 01/01