**EXHIBIT E**

**ALSTOM**
Hornell Site

*[Stamped: DEC 18 2003]*

JOB AUDIT
Field Service Team

*[Handwritten margin notes: Tech direction → Self directed → level of knowledge; Elli Snyder; letter back 2000-2001]*

Name of employee: Kevin BAKER      Date: 12/18-19/03
Site: Washington – Baltimore  *(Washington circled)*

**Introduction**
- Objective of interview is to understand your daily duties, time spent and how your work is organized
- All information is confidential

1. **What is your position title?**
   FROM HR: ELECTRICAL ENGINEER
   UNDERSTANDING: PROJECT LEAD ENG – NOTHING IN WRITING
   PROMOTION PENDING        ?

2. **Would you please summarize the purpose of your job?**
   → To provide support for a product on field service.
   Reliability / Timely / Monitor / Maintenance
   → Provide Tech Assistance to customer

3. **How many years of work experience do you have? – What is your level of education (degree, type)?**
   > 20 years
   → BA electrical eng.
   AAS Science assistant
   AS tech Automation Tech
   AS engineer

4. **List your main duties and approximate % of time spent each day on each duty**
   → Email — 12% < 1 hour
   → Status of loco — Service — immediate tackling — Population tackling
   → Coordinate with Customer — track failures in electrical
   → Track failures on
   → Evaluate Return from Vendors — liability for service loco

CONFIDENTIAL
Job Audit Survey - 2

Page 1 of 4

ALS0041

→ 10% make email
  20%

→ > 50% working on locomotive.

  lot of waiting to get loco available

  need someone from Oman
        → SAFETY ISSUE.

  25% WAIT. FROM CUSTOMER.

  HAVE TO STAY —

→ <u>Consulting</u>

  research for job on modules
  _____    Test bunch test bunch.
  MATRIXES REPORT : 1 DAY / WEEK.
  matrix-es   3-4 hours / Reports   own time.

ALS0042

**ALSTOM**
Hornell Site

JOB AUDIT
Field Service Team

5. What tools do you use to do your job?

→ Computer – Lap top (shared). on a doc
→ cell phone.
→ Lap top on Train
✓ Pete → Screw driver, multimeter
   Oscilloscope – micrometers  } continuously
                                5 minute
                                cable.
                                a pair.
                                SCHEMATIC

6. List approximate % of time using each of them

7. Who assigns your daily activities/work?

Self directed. for most of them.
(sometimes from direct supervisor). CTIOR. site mgr
                                    P. Guiard (Ass deputy director Project)
                                    CANOR. op's mgr

8. How do you prioritize these activities/work?

own decision
checks with supervisor
            SUPERVISOR

9. With whom do you interact during the day?

– other site personnel    Site personnel
– customer (directly) – directly
    Customer                       } equipment
– Consortium (Bombardier)            ensure of turned around
– Tech / Eng                         ensure

10. What is the main purpose for the interaction?

→ Can be called directly
→ Provide Assistant where job is
– Hornell: Returns (cliff black) – Warranty reports

Occasionally: Jim Day – Andrew Miller.
                – Velenti

**11. Who is your supervisor? Describe his/her role** — Curtis Mox

- Assign schedule, task
- Perf Evaluation
- ni > him  *(merit increase)*
- No Training. (came from Expats) P. Giroud / T level
  ~~training~~  ~~Expats~~

**12. Do you supervise people?**

NOT DIRECTLY

Due City Insurance with Customs (No input)
Some Quality
Assist the exp/ada more.
assist                              Leader / frp.

**13. List your management related duties?**



**14. Do you use a computer in your job?** (YES) - NO

**15. Approximately, how many hours a day?**  > 60% - 75%

**16. List the main uses**
- email
- Tech input
- Tool
- Reports
- Create procedures
- ~~data base entries~~  failure analysis

**17. What kind of documents (reports, etc) do you use?**

- ~~weekly rpts~~ Weekly reports
- ~~maintenance manual~~ maintenance manual
- software tools
- ~~on line procedure data base~~
- on line procedure data base

**ALSTOM**
Hornell Site

JOB AUDIT
Field Service Team

**18. Which kind of reports do you create ? Who are the recipients – distribution list ?**

→ weekly reports to G. Amar – ERF – P Girard – & CM – Project
→ Maintenance reports
  – Service failure / mileage

**19. Any Questions / Comment ?**

Purpose of interview
was working as a Temp Agency.

Inequity for OT.
counted to 50 hours with No OT.

put 50-60 hours a week

was receiving OT. Graham..
 – Graham Aerospace – eg + OT.
 – Locked Martin. eg + OT.
 – Locked Martin Sal + OT.

Mini : Customer    19 $/hour.    4 position lowest
                                  → 70,000 / year.