# EXHIBIT F

1

IN THE SUPERIOR COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - -

KEVIN PATRICK BAKER,                  :

      Plaintiff                     :

  v.                                  :       ORIGINAL

ALSTOM TRANSPORTATION, INC.,          :

et al.                                :   Case No.:

      Defendants                    :   05-0002968

- - - - - - - - - - - - - - - - - - - - - - -

Deposition of KEVIN BAKER

Baltimore, Maryland

Wednesday, September 28, 2005

9:40 a.m.

Job No: 1-64286

Pages: 1 - 265

Reported by: Pamela S. Lehmann

OCT 18 2005



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

55

1  hour, close to an hour and a half or so.  Let's take
2  a little recess, I would suggest four or five
3  minutes or so, stretch.
4          (A brief recess was taken.)
5          MR. DUKE:  Back on the record.  Neil Duke
6  on behalf of Alstom Transportation.
7  BY MR. DUKE:
8      Q.  Picking back up in conversation with you,
9  Mr. Baker.  When last we left off, we were
10 discussing your course of employment with General
11 Electric.  You testified that at some point, you had
12 worked there for five months then you were
13 furloughed or laid off.  Sorry if I confused the
14 terms.
15         And at some point in time you began to
16 attend Onondaga, O-N-A-N-D-O-G-A [sic], Community
17 College on a full-time basis?
18     A.  I worked for Wheatstone (phonetic)
19 Electronics after, in Syracuse.  They had to let a
20 couple of people go.  They had a downturn in
21 business.  And I -- it was right at the beginning of
22 the semester.  And so I decided that since job

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

56

1   prospects were pretty bleak in Syracuse at the time
2   that I'd go to school and collect my unemployment
3   for a semester or two until things improved.
4          And I completed an associate's in
5   engineering science there. And transferred to
6   Binghamton University in -- it's actually in Vestal,
7   New York. But it's the same county, Johnson City,
8   Binghamton, Endicott, Broome County, which is a
9   couple of counties south of Syracuse.
10          MR. DUKE: I've taken the liberty, if I
11  could just have that marked. This will be -- we'll
12  just do it as Defendant's 1.
13          (Baker Deposition Exhibit Number 1 was
14  marked for identification and attached to the
15  transcript.)
16  BY MR. DUKE:
17      Q.   I've taken the liberty of going to the
18  internet site for Onondaga Community College.
19  Clearly this is current information, I'm not sure if
20  this would be relevant to your course of study
21  there. Do the courses represented in this -- what's
22  titled as OCC Course Descriptions, do these -- are

57

1  these courses consistent with the type of courses
2  you would have taken at the time?
3      A.  No.
4      Q.  How do they differ?
5      A.  This is -- this clearly not -- this is a
6  different program of study than what I took.  This
7  is a -- for a graphics design or -- I took
8  engineering science.
9      Q.  As opposed to -- this is -- looks to be,
10 at least according to your estimation more of an
11 engineering-graphics-related --
12     A.  Yeah.  Well, there's two courses listed
13 from that program that I was in, ENS.  But I did
14 take an auto KED (phonetic) class in this
15 particular -- from this particular --
16     Q.  The curriculum description?
17     A.  Yeah.  Well, they offered it, engineering
18 drafting or engineering drawing type of stuff that I
19 would have to take one or two classes of -- for
20 engineering science.  Which, they're parallel but
21 not -- the same thing but different, I guess is an
22 easy way to say it.

58

1  Q. No. Understandable. And thanks for that
2  clarification. The typical course of study in order
3  to secure your associate's degree at Onondaga, would
4  that be a two year?
5  A. Yes.
6  Q. If you went straight through?
7  A. Right. I did actually.
8  Q. Oh, you did actually go for two years?
9  A. Yeah. I was -- Clinton offered some
10 extensions on unemployment. And so I was able to
11 get like 18 months of unemployment and not have to
12 look for work, just go to school. And that's what I
13 did.
14 Q. And you testified that at some point after
15 obtaining your associate's degree, you enrolled with
16 SUNY Binghamton?
17 A. Yes.
18 Q. Do you recall the time frame year-wise
19 that would have been?
20 A. 1994.
21 Q. And I know SUNY Binghamton, at least
22 certainly now has a very good reputation. What -- I

59

imagine but I shouldn't assume that you took engineering-related courses, electrical engineering-related courses with SUNY --

A. Yes.

Q. And how long of a course of study was that?

A. Do you mean by that, how long did I attend the State University of New York at Binghamton?

Q. Yes.

A. Commonly referred to as Binghamton University?

Q. Yes.

A. Or SUNY Binghamton?

Q. Sure enough. I should ask that in two parts. One would be, how long would it ordinarily take for a course of study to obtain what I assume to be a bachelor's degree from -- and I'll call it SUNY, and then how long did you attend?

A. The program that I attended was a transfer program. The first two years of which I took at Onondaga Community College for what would normally be a four-year baccalaureate program.

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

60

1    However, the Watson School of Engineering
2    at Binghamton University or as you referred to, SUNY
3    Binghamton, was a transfer program. They did not
4    offer in the engineering school the first two years
5    of the engineering program. You had to take it out
6    of the community college or at -- on the Binghamton
7    University campus at Harper (phonetic) College.
8          You would have to take the calculus,
9    physics, chemistry and electives and the normal
10   English and so forth somewhere else. And you would
11   transfer in as a junior. So it would be -- the
12   short answer, two years, two additional years.
13        Q.   Understood. And is that what you did?
14        A.   I did not attend for two years full time.
15   However, I did attend for one semester full time and
16   the following semester half time, so a year. And
17   then, on and off for an additional four years,
18   taking a course here and a course there, part time.
19        Q.   And at some point then you completed the
20   requirements --
21        A.   No.
22        Q.   -- of the first two years of the program?

61

1   A.   Oh I had to have -- complete the first two
2   years somewhere else.  At -- which I did at Onondaga
3   Community College, as I previously explained.  But
4   the second two years in obtaining the bachelor's
5   degree, I did not complete all the course
6   requirements.
7   Q.   And this was at the point in time where
8   you were residing in upstate New York?
9   A.   Yes.  Actually, it's -- that's misnomer.
10  Upstate's the Adirondacks.  It's the Southern Tier,
11  or commonly known as the Finger Lakes.
12  Q.   Is that in or around Johnson City, New
13  York?
14  A.   Yes.  Johnson City is in the same county
15  as Binghamton University.
16  Q.   At some point in time did you seek or
17  secure employment after the academic courses that
18  you've described?
19  A.   Yes.
20  Q.   And who was that with?
21  A.   I worked at BG Labs.
22  Q.   And where were they located?

71

1    Q.   So we're in the 1999 time frame.  You've
2    been employed by Lockheed Martin.  Where did you
3    secure employment afterwards?
4    A.   Alstom.  Through an agency, on March 6th,
5    2000.  Through Tech Aid (phonetic).
6    Q.   Now I am familiar with your course of
7    employment with Alstom.  I believe that ran roughly
8    from the calendar year of 2000 as you've described
9    until 2004 if I'm not mistaken, correct?
10   A.   Yes.
11   Q.   Where are you presently employed?
12   A.   SAIC.
13   Q.   And where is that located?
14   A.   It's Science Applications International
15   Corporation and the corporate headquarters are in
16   San Diego.  However, the east coast headquarters is
17   in Vienna, Virginia.
18   Q.   And what do you do for them?
19   A.   I'm an electric -- electromechanical
20   technician in research and development at the Army
21   Research Lab in Adelphi, Maryland.
22   Q.   How long have you worked for SAIC?

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

77

1  you do for compensation?  Did you apply for
2  unemployment?
3           MR. BANOV:  Objection.  Relevance.
4  BY MR. DUKE:
5       Q.  I'm sorry.  I missed your answer.
6       A.  You previously asked me if I was -- maybe
7  I misunderstood the question.  But you previously
8  asked me if there was any other employment in
9  between and I'm not sure exactly how I answered it.
10 And -- but I was and am still employed with Amtrak.
11 I was hired on the 1st of September, 2004 at Amtrak.
12      Q.  Do you work there on a part-time basis?
13      A.  No.  Actually I'm full time at both jobs.
14      Q.  Now the obvious question is how do you
15 juggle that?  What are the time frames that you have
16 to work within, your schedule, that is?
17      A.  You went to college, you know, how it is.
18      Q.  One, one place in the morning and one
19 place in the evening?
20      A.  Yes.  I work from -- I have a flexible
21 work schedule, my core hours at SAIC are between ten
22 and two.  I can arrive no later than ten and leave

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664