# EXHIBIT G

# OBER | KALER
A Professional Corporation

Ober, Kaler, Grimes & Shriver
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699
www.ober.com

Neil E. Duke
neduke@ober.com
410-347-7398

Offices In
Maryland
Washington, D.C.
Virginia

October 13, 2005

**VIA FACSIMILE AND U.S. MAIL**
Alan Banov, Esquire
Norberto Salinas, Esquire
Alan Banov and Associates
1819 L. Street, N.W., Suite 700
Washington, D.C. 20036-3830

    Re:    Kevin Patrick Baker v. ALSTOM Transportation Inc.
            *Civil Action No.05-CV-1352(RSL)*

Dear Counsel:

    During the course of Mr. Baker's deposition he offered testimony regarding the companies that he has worked for since being employed by ALSTOM. Specifically, Mr. Baker stated that he began working for SAIC on September 13, 2004, and for AMTRAK on September 1, 2004. It is my understanding that Mr. Baker's work site for his job with SAIC is located in either Vienna, Virginia or Adelphi, Maryland. Mr. Baker's position with AMTRAK is supposedly located at 1401 W. Street, N.E., Washington, D.C. I would like to confirm the proper mailing addresses for both entities for the purpose of serving subpoenas. As such, could you please confirm the proper mailing address for both companies at your earliest opportunity. Additionally, if Mr. Baker has worked in any other position subsequent to his job with ALSTOM, please provide me with the proper mailing addresses for those companies as well. Your prompt response will be greatly appreciated.

                                            Very truly yours,

                                            Neil E. Duke

NED/cks
cc:    Pamela J. White, Esquire

774409.1