# EXHIBIT H

# ALAN BANOV AND ASSOCIATES

ALAN BANOV
Admitted in the District of Columbia and Maryland

October 17, 2005

NORBERTO SALINAS
Admitted in the District of Columbia and Michigan

MARIA BREMIS
Admitted in the District of Columbia and Maryland

<u>By Facsimile Transmission (410-547-0699) and by Mail</u>
Pamela J. White, Esq.
Neil E. Duke, Esq.
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202-1643

    Re:    <u>Kevin Patrick Baker v. ALSTOM Transportation, Inc.</u>
             Case No. 05-CV-1352 (RSL) (D.D.C.)

Dear Ms. White and Mr. Duke:

    This is in response to your letter of October 13, 2005, asking us to verify the addresses of Kevin Baker's current employers, so you can issue subpoenas to those companies.

    While Mr. Baker has nothing to hide, we fail to see any possible legitimate value in subpoenaing any records from Mr. Baker's current employers. As you know, in this case Mr. Baker does claim a wrongful discharge, so whatever income he made after his termination from ALSTOM is irrelevant to any claims or defenses in this case. Nor would there be any relevance in the way he is classified by other employers. In short, we cannot imagine how such subpoenas could possibly produce any documents which are relevant to any claims or defenses in this case or which could possibly lead to the discovery of admissible evidence.

    On the other hand, we can readily anticipate that such subpoenas would embarrass and harass our client. There is no need for his current employers to know that he is suing a former employer for overtime backpay. Subpoenas to them could very well produce reprisal against him, or at least a new, unfavorable perspective on this relatively new employee.

    We urge you not to issue subpoenas to Mr. Baker's current employers. If you do not agree, tomorrow we will file a motion for a protective order. We do not want to make you appear obnoxious to the Court, but if we must file such a motion, we will need to seek sanctions for having to file it. And, if you nonetheless issue the subpoenas before the Court rules on our motion, we will move to quash them.

    We will appreciate your cooperation in this matter.

                                                 Sincerely,

                                               Alan Banov

AB/sf
cc:  Mr. Kevin Baker

OCT 18 2005

WWW.BANOVLAW.COM
1819 L STREET, N.W., SUITE 700    202.822.9699
WASHINGTON, D.C. 20036-3830    202.842.9331 FAX
AB@BANOVLAW.COM    202.822.9698 TDD