IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>   Plaintiff, )<br>)<br> vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>   Defendant. ) | Civil File No.: 05-CV-1352(RCL) |

**CONSENT MOTION TO STRIKE EXHIBIT C ATTACHED TO
DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PROTECTIVE ORDER**

  Defendant, ALSTOM Transportation Inc., by its counsel, Ober, Kaler, Grimes & Shriver, A Professional Corporation, hereby files this *Consent Motion* and moves this Court to strike Exhibit C, which is attached to *Defendant's Opposition to Plaintiff's Motion for Protective Order* (filed on November 11, 2005). Defendant further states the following in support of this *Consent Motion*:

  1. The parties have conferred with respect to the filing of this Motion.

  2. Plaintiff has requested that Defendant redact any reference to his personal identifiers in Exhibit C.

  3. The filing of a redacted exhibit will not prejudice the rights of either party or delay these proceedings.

  4. Defendant hereby files with this *Consent Motion* the enclosed redacted version of the above-described Exhibit C.

  WHEREFORE, Defendant respectfully requests that this Court strike the originally-filed Exhibit C from the record, which was attached to *Defendant's Opposition*

*to Plaintiff's Motion for Protective Order*, and substitute said exhibit with the redacted version provided herewith.

                                                                 Respectfully Submitted,

                                                           _____*/s/*_____
                                                           Pamela J. White (D.C. Bar No. 962787)
                                                           Neil E. Duke (D.C. Bar No. 471942)
                                                           Ober, Kaler, Grimes & Shriver
                                                           A Professional Corporation
                                                           120 East Baltimore Street
                                                           Baltimore, MD  21202-1643
                                                           (410) 685-1120
                                                           (410) 547-0699 – Fax

                                                           Attorneys for Defendant, ALSTOM Transportation Inc.