# ALSTOM TRANSPORTATION, INC.
## EMPLOYMENT APPLICATION
### AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

Please print plainly and compete this application in detail. Conditions of employment are stated at the end of this application. Please read carefully before you sign. False statements on this application shall be considered cause for termination.
**ALL QUALIFIED APPLICANTS RECEIVE CONSIDERATION WITHOUT REGARD TO RACE, COLOR, RELIGION, AGE, NATIONAL ORIGIN, DISABILITY, VETERAN STATUS OR MARITAL STATUS.**

| Name (Last): Baker | (First): Kevin | (Middle): Patrick | Phone Number: 607-748-7408 |
|---|---|---|---|
| Present Address(Street): P.O. Box 572 | City, State: Johnson City NY | (Zip Code): 13790 | Social Security Number: |

Company Policy prohibits the employment of any person under the age of 18. Are you under 18 years of age? No

Have you ever worked for ALSTOM Transportation or it's subsidiaries? No

Position Applied for/Title: Electrical Engineer        Expected Salary: $55K

Date Available: Immediately        Will you relocate? Yes

May inquiry be made of your present employer regarding your qualifications and record of employment? Yes

**EMPLOYMENT RECORD:** Please list in order from present or last position first.

| Name of Employer: Tech Aid | Dates: From: 05-01-00 To: 10-27-00 |
| | Pay Rate: Start: $21/hrly Finish: $31/hrly |
| Address: | Phone: 800-642-6581  Supervisor: Doug Perry |
| Reason for leaving: Offered employment with Alstom |
| Briefly describe your work: Test & Support of Alstom equipment on Accla-NEC project. Temp hire to Alstom through Tech Aid |

| Name of Employer: CDI Corporation | Dates: From: 06-27-97 To: 05-11-99 |
| | Pay Rate: Start: $17/hrly Finish: $18/hrly |
| Address: 3600 Oakdale Rd | Phone: 607-770-7300  Supervisor: Don Dutcher |
| Reason for leaving: Reduction in force |
| Briefly Describe your work: Test & Engineering Support - Test Engineer - Power & Drives at Lockheed-Martin Controls - Johnson City NY |

| Name of Employer: BG Labs | Dates: From: To: |
| | Pay Rate: Start: Finish: |
| Address: Binghamton NY | Phone: Supervisor: |
| Reason for leaving: Internship |
| Briefly describe your work: |

ALS0023

REFERENCES: INCLUDE FORMER EMPLOYERS OR SUPERVISORS AND FRIENDS. DO NOT INCLUDE RELATIVES

| NAME | OCCUPATION | ADDRESS | PHONE NUMBER |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

Special Skills: (Typing/Business Machines, Computer skills/hardware, languages etc.)

Are you legally authorized to work in the United States?   Yes (X)   No ( )

You will be required to provide proof of your right to work in the United States within three days of hire if an offer of employment is made.

**READ CAREFULLY**

I UNDERSTAND THAT THIS APPLICATION WILL BE ACCEPTED BY THE COMPANY SUBJECT TO THE FOLLOWING CONDITIONS:

1. I hereby voluntarily give the company the right to conduct a background investigation, and agree to cooperate in such investigation, and release from all liability or responsibility all persons, companies or organizations supplying such information.

2. I certify that all statements made by me on this application for employment are true and correct to the best of my knowledge and belief, and agree that if employed, and misrepresentation, falsification or omission of facts thereon, shall justify my immediate dismissal.

3. I understand that nothing in this application is intended to imply or create an employment relationship or contract for employment. I further understand that if hired, my employment is at-will and can be terminated at any time, with or without notice, for any reason. I also understand that while personnel policies, programs and procedures may of necessity change from time to time, such at-will status is not subject to change absent a written agreement signed by the company's associate general counsel.

4. I understand that the eligibility to participate in a company retirement plan is based on the requirements set forth in such plans, the provisions of which will be described in company publications that will be provided to me upon my employment.

5. I agree, if employed, to disclose and assign to the company the rights to any and all inventions, improvements and developments relating to the business of the company which are conceived or developed by me while employed by the company or any of its subsidiaries.

6. I agree, if employed, not to disclose to anyone outside the company any information confidential or proprietary to the company or any of its subsidiaries. If employed, I agree not to disclose information or to remove from the company property or copy or cause to be copied any material and/or data that is confidential and/or proprietary to a vendor/supplier of the company or any of its subsidiaries. If employed, I further agree that this obligation will apply, both during and after the term of my employment with the company

SIGNATURE  *Kevin Patrick Baker*   DATE 10-27-00

ALS0024

## EDUCATION

| TYPE OF SCHOOL | NAME | ADDRESS | HOW MANY YEARS ATTENDED | COURSE OR MAJOR | COMPLETED YES | COMPLETED NO | DEGREE |
|---|---|---|---|---|---|---|---|
| SECONDARY OR HIGH SCHOOL | Kempsville High School | Kempsville Rd Virginia Beach VA | 3 | | ✓ | | |
| COLLEGE OR UNIVERSITY | Onondaga Comm College / SUNY Binghamton | Syracuse NY / Binghamton NY | 2 / 3 | Engineering Science / Electrical Engineering | ✓ / ✓ | | ASES / BSEE |
| BUSINESS OR VOCATIONAL | | | | | | | |
| OTHER | | | | | | | |

**HONORS/AWARDS**

**TRAINING** LIST ANY TRAINING COURSES YOU HAVE ATTENDED THAT MIGHT RELATE TO YOUR WORK AT THE COMPANY

**PROFESSIONAL LICENSE/CERTIFICATION OR REGISTRATION DATA**
LICENSE NUMBER | TYPE | STATE | EXPIRATION DATE

**U.S. MILITARY SERVICE (IF APPLICABLE)**
JOB DUTIES: Aviation Electronics Technician USN
SPECIAL TRAINING: 2 yrs electronics training

**PROFESSIONAL AFFILIATIONS** SAE  IEEE
LIST MEMBERSHIPS IN ORGANIZATIONS THAT RELATE TO YOUR PROFESSION (EXCLUDE RACIAL, RELIGIOUS OR NATIONALITY GROUPS)

HAVE YOU EVER BEEN CONVICTED OF A FELONY? (NOT NECESSARILY A BAR TO EMPLOYMENT)
YES ___ NO ✓   IF YES, WHAT AND WHERE?

WE INVITE ALL DISABLED INDIVIDUALS WHO NEED ASSISTANCE IN THE APPLICATION OR EMPLOYMENT PROCESS TO ADVISE THE PERSONNEL OFFICE OF THAT NEED, AND SUGGEST THE KIND OF ACCOMMODATION THAT WOULD BE APPROPRIATE

ALS0025