# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>Defendant. ) | Civil File No.: 05-CV-1352(RCL) |

## ORDER

Upon consideration of Defendant, ALSTOM Transportation Inc.'s, *Consented To Motion to Strike Exhibit C Attached to Defendant's Opposition to Plaintiff's Motion for Protective Order*, it is this _____, day of November, 2005,

ORDERED that Defendant's Consent Motion is GRANTED and Exhibit C, is struck and substituted with the redacted version of the same document.

_____
Judge, United States District Court

776584.1