UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1352 (RCL) |
| | ) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Upon consideration of Defendant, ALSTOM Transportation Inc.'s, Consent Motion [17] to Strike Exhibit C Attached to Defendant's Opposition to Plaintiff's Motion for Protective Order, it is hereby

ORDERED that said motion is GRANTED and Exhibit C, is struck and substituted with the redacted version of the same document.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 16, 2005.