# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>Defendant. ) | Civil File No.: 05-CV-1352(RCL) |

## DEFENDANT, ALSTOM TRANSPORTATION INC.'S, MOTION FOR SUMMARY JUDGMENT

Defendant, ALSTOM Transportation Inc., by its counsel, Ober, Kaler, Grimes & Shriver, A Professional Corporation, pursuant to the Court's *Scheduling Order* and Fed.R.Civ.P., Rule 56, hereby files its *Motion for Summary Judgment*. The grounds supporting this *Motion* are set forth in detail in the *Memorandum of Law* filed contemporaneously with this *Motion*.

Respectfully submitted this 12th day of December 2005.

                                                                Respectfully Submitted,

                                                                 _____*/s/*_____
                                                                 Pamela J. White (D.C. Bar No. 962787)
                                                                 Neil E. Duke (D.C. Bar No. 471942)
                                                                 Ober, Kaler, Grimes & Shriver
                                                                 A Professional Corporation
                                                                 120 East Baltimore Street
                                                                 Baltimore, MD  21202-1643
                                                                 (410) 685-1120
                                                                 (410) 547-0699 – Fax
                                                                 Attorneys for Defendant, ALSTOM
                                                                Transportation Inc.

778269.1