# EXHIBIT A

1

1   IN THE SUPERIOR COURT

2   FOR THE DISTRICT OF COLUMBIA

3   - - - - - - - - - - - - - - - - - - - - - - - - -

4   KEVIN PATRICK BAKER,                     :

5          Plaintiff                         :

6      v.                                    :     ORIGINAL

7   ALSTOM TRANSPORTATION, INC.,             :

8   et al.                                   :   Case No.:

9          Defendants                        :   05-0002968

10  - - - - - - - - - - - - - - - - - - - - - - - - -

11

12          Deposition of KEVIN BAKER

13          Baltimore, Maryland

14          Wednesday, September 28, 2005

15          9:40 a.m.

16

17

18

19  Job No: 1-64286

20  Pages: 1 - 265

21  Reported by: Pamela S. Lehmann

22

OCT 18 2005



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

79

1    Q.   And are you paid on a hourly or salaried
2  basis with Amtrak?
3    A.   Hourly.
4    Q.   And where is your office located -- your
5  work station, I should say, located for Amtrak?
6    A.   In the District of Columbia.  Is that --
7  do you mean what city am I working at or --
8        (Discussion off the record.)
9  BY MR. DUKE:
10    Q.   The street location for Amtrak where
11  you're working presently?
12    A.   1401 W Street, Northeast.  Washington, DC.
13  I don't recall the zip code.
14    Q.   No.  That's fine.  How did you learn about
15  the opportunity with Amtrak?
16        MR. BANOV:  Objection.  Relevance.
17        THE WITNESS:  It's on the same premises I
18  worked at when I was with Alstom.  And I knew a lot
19  of people that I presently work with.  So I --
20  basically I just sent a resume to human resources
21  and they called me.  And -- just like anybody else
22  off the street.  And I just happen to know people.

1  with Alstom. Earlier you had testified that you
2  began working with Alstom through Tech Aid, I
3  believe?
4      A.   Mm-hmm.
5      Q.   March the 6th of 2000. Tech Aid was a
6  temp agency, correct?
7      A.   Yes.
8      Q.   And how were you introduced to Tech Aid?
9      A.   I had had dealings with them on a --
10 previously. They had -- when I was -- couple of
11 years before I had been introduced to a couple of
12 their associates during the -- looking for, you
13 know, looking for work on a previous occasion. So I
14 was just picking up old contacts.
15           They had found, you know, work that I had
16 turned down previous occasions. So I called them
17 back and they set me up with an interview.
18     Q.   Do you recall who you interviewed with?
19     A.   With Alstom or with --
20     Q.   Tech Aid? I'm sorry.
21     A.   With Tech Aid. Who I spoke with at Tech
22 Aid?

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

127

1    title I took. And that's about it. That's all I
2    can really recall in order to answer your questions
3    at this time. There might be more.
4        Q. A few moments ago you testified that you
5    had represented to Matt at that time that you had
6    nearly completed all of your credits required for
7    completion of your bachelor's degree. Do you recall
8    at that time and I guess still currently, how many
9    credits short you are of obtaining your bachelor's
10   degree? And if you want to characterize it in terms
11   of percentages, whether you're 50 percent there or
12   75 percent?
13       A. If I recall correctly, this bulletin that
14   you showed me from the university, it states
15   something like 125 hours. I think at the time it
16   was 122 is required, and I have something like 110
17   or maybe a little more. I don't remember exactly.
18   I'd have check.
19       Q. And just for the sake of the record --
20       A. I haven't seen my transcript in a while,
21   so --
22       Q. And just for the sake of the record, the

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

146

1   A.   No.  I'm sorry.  I -- rephrase that.

2   Q.   Sure.  What I'll do is I'll ask you to

3   review the --

4        (Phone rings.)

5        MR. BANOV:  We'll go off for a second.

6        (A brief recess was taken.)

7   BY MR. DUKE:

8   Q.   My question to you was and let me give you

9   the narrative so I can frame the question properly.

10       A few moments ago you testified that

11  although this wasn't the specific job posting that

12  was applicable to your transition to the Washington,

13  DC, office, because it references the location being

14  Hornell and also the date and the time frame is

15  January of 2004.  Which we know that, by virtue of

16  Defense Exhibit Number 4, that you actually were

17  hired in October of 2000.

18       That notwithstanding, what I want to do is

19  direct your attention to job summary and essential

20  duties, which is characterized on the document,

21  experience and skills, and education and training.

22  Again as part of my narrative, you described a few

147

1   moments ago that you reviewed a job posting on the
2   Hornell intranet web site.
3           And my question to you now is whether or
4   not what I've described as the job summary, the
5   experience and skills, the education and training,
6   whether those, based on your recollection were
7   similar to the same categories that you would have
8   seen on the intranet site for this -- for a job
9   posting under the title, electrical engineer?
10          MR. BANOV: He asked and answered it. But
11  go ahead and give the answer again.
12          THE WITNESS: Well, as I understood it, in
13  two parts, I believe I stated, no, but in reference
14  to the posting which I took. But I have seen
15  similar postings such as this one for different
16  positions available within their company. And that
17  they were somewhat the same, not entirely as I
18  recall.
19          But this could very well have been one
20  that I looked at five years ago on the -- or four
21  years ago, four and a half years ago on their
22  intranet site. But I can't say with all certainty

148

1  that it's exactly the same. I could say that it's
2  similar. But where the similarities end and begin,
3  that's very difficult to nail down.
4  BY MR. DUKE:
5      Q.  With respect to the -- with the
6  similarities, part of this document purports to, or
7  suggests that a bachelor's degree or higher in
8  electrical, electronic or other appropriate
9  engineering fields was required for the job title,
10 electrical engineer.
11          Based on your recollection, if any, of
12 having reviewed the intranet site of Hornell, do you
13 recall that being part of the description that you
14 would have looked at?
15     A.  Some of them, yes, and some of them, no.
16 So it's also kind of -- I looked at several
17 different ones, just for different, you know,
18 reasons. But often I recall that a bachelor's
19 education is often required or desired. It depends
20 on the posting. I don't -- as I said, I don't
21 recall this as being specific one that I've ever
22 seen before. But I've seen this document.

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

149

1   Q.   And this is a question born out of my own
2   curiosity having not worked in your position.
3   Hiring manager, L. Malo and M. Freece, do those
4   names ring a bell at all to you?
5   A.   Other than this document, I've never met
6   them nor heard of them before.
7   Q.   This document suggests that this hire
8   would report to the director of engineering.  With
9   your particular position when you worked at the DC
10  office, who did you report to?
11  A.   Curtis Moses.
12  Q.   And to the best of your knowledge, does
13  Mr. Moses still work for Alstom?
14  A.   Yes.
15  Q.   Was there anyone else in your -- well, my
16  phrase not yours, line of supervision, while you
17  worked in the Washington, DC, location for Alstom?
18  A.   Yes.
19  Q.   And who would that person or persons, who
20  would they have been?
21  A.   There were a couple.  Pascal Giroud and
22  Matt Rivera, Joel Sholp (phonetic), Jack Shroder

175

1   day your prior experiences and training and the
2   sort, and I was wondering if Curtis Moses, his
3   experience and training and background was greater
4   than yours to the extent that he was offered a --
5   what some would characterize as a superior position,
6   when he started full time for Alstom?
7         A.   The short answer is no and the long answer
8   is he was usually vague or contradictory when
9   describing his previous experience.  So I can't
10  answer what his qualifications were or his
11  experience or education level.  And I have
12  absolutely no idea what he had conveyed to
13  management when he was hired.  I was completely
14  separate from that.  So I don't have any knowledge,
15  I guess would be the better answer.
16        Q.   Fair enough.
17             (Baker Deposition Exhibit Number 7 was
18  marked for identification and attached to the
19  transcript.)
20  BY MR. DUKE:
21        Q.   I'll pass you what's been marked as
22  Defense Exhibit Number 7.  It's a letter dated

1  your own?
2      A.  I'm double checking, but I'm going to say,
3  no, because I've never seen the document, so no.
4  None of it is mine.  I don't recognize any of the
5  handwriting on this document.
6      Q.  Do you recall being interviewed or having
7  a discussion with any manager or supervisor from
8  Alstom regarding some of the questions posed on this
9  form?
10     A.  I don't -- do you mean specifically Louis
11 Gomes or do you mean him or anyone else -- or do you
12 mean someone else besides him?
13     Q.  Well, let's talk --
14     A.  Because he is -- he was neither a manager
15 nor a supervisor.
16     Q.  And I shouldn't assume that it's Louis
17 Gomes.  But for the sake of argument, do you recall
18 engaging Louis Gomes in discussion about some of the
19 questions posed on this document?
20     A.  Well, Louis Gomes asked me a few questions
21 that are similar to what's on here.  I can't
22 understand it -- 90 percent of what's written here.

Case 1:05-cv-01352-RCL   Document 22-2   Filed 12/12/2005   Page 12 of 16
DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

191

1  I don't recognize a lot of the handwriting. There's
2  other people that have asked me similar questions,
3  so -- and I do not recognize every question. In
4  fact, I don't even recognize nor can I discern what
5  some of the answers are.
6      Q.   If you can help me -- if you can assist
7  me --
8      A.   I think a lot of it may have been
9  paraphrasing of what I had stated and not verbatim.
10     Q.   Then perhaps you can help me gain a better
11 understanding of this document. One of the
12 questions posed is, what is your position title.
13 This document seems to reflect, electrical engineer.
14 Is that your understanding of what your position
15 title was while --
16     A.   Yes.
17     Q.   It also asks the question or requested a
18 summarization of the purpose of the job. It seems
19 to suggest, to provide support for a product on
20 field service support, reliability, maintenance,
21 provide tech -- perhaps technical assistance to
22 customers. If you had to characterize the purpose

204

1  didn't supervise anyone.

2  Occasionally new employees, to be more
3  specific, occasionally new employees would come and
4  they'd say, follow him around and see what he does.
5  But I wasn't supervising them.

6  Q.  Was that by virtue of the fact that you
7  had been there for a while --

8  A.  Yes.

9  Q.  -- when you were instructed to follow a
10  new employee around?

11  A.  Yes.  Well, they were to following me
12  basically.  You know, just watch.

13  Q.  Putting this aside for a little while.

14  MR. DUKE:  This will be ten.

15  (Baker Deposition Exhibit Number 10 was
16  marked for identification and attached to the
17  transcript.)

18  BY MR. DUKE:

19  Q.  I think we can dispense with Exhibit 10
20  fairly quickly.  It's dated May the 1st of 2003.  My
21  apologies.

22  A.  It's already been presented.

229

1  what's involved.
2  BY MR. DUKE:
3       Q.   Exactly. And that's actually I think
4  you've cut to my point, namely that you need some
5  set of skills vis a vis training or education in
6  order to have served in the function and capacity
7  that you did as an employee of Alstom, correct?
8       A.   No more than any other technician in the
9  country would have gotten had they had a good deal
10 of experience like myself.
11      Q.   Understood. But you still needed to be
12 trained and educated in order to serve in that
13 capacity?
14      A.   As do all technicians. All technicians
15 require some training, some of them do it on the
16 job. I've met a few that had no more than a high
17 school education. There are. That's rare. But
18 yes. And I previously stated that.
19      Q.   And for your particular job function with
20 Alstom, it required different training for -- per
21 se, than someone who just had an automotive training
22 background, correct?

253

1   as to carrying out their tasks and duties?

2   A.   Oh I'm sure there was.  In some cases I
3   could say who their manager was.  And I already
4   stated.  But I'm not specific -- I'm not sure who or
5   what name or what level of supervision you're
6   looking for so --

7   Q.   But you can say with confidence that even
8   your managers and supervisors had at certain points
9   received direction from above?

10   A.   Oh of course.

11   Q.   With respect to -- there were certain
12   questions posed to you about the quote, unquote, my
13   terms, not yours, intellectual challenges of the
14   job.  What would you say would be some of the more
15   difficult aspects of the job?  Referring again to
16   your time with Alstom.  The more difficult aspects
17   as far as performance or function or what have you?

18   A.   The most difficult?  I would say the long
19   hours and some of the manual labor that was
20   involved.  Battery chargers weighed 110 kilograms
21   and I often had to change them by myself.

22   Q.   What was the most difficult aspect of the

Case 1:05-cv-01352-RCL   Document 22-2   Filed 12/12/2005   Page 16 of 16
DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

254

1  job that required, as you've described it, at least
2  a certain base level of knowledge as an engineer?
3      A.   The most difficult was -- would be really
4  that the software was all written in French.
5      Q.   And are you fluent in French?
6      A.   No.
7      Q.   Are you passable in communication
8  French-wise?
9      A.   I know some phrases and terms and for
10 instance, vites (phonetic) is velocity or speed.
11 Some technical terms are similar. So in that
12 respect it wasn't nearly as much of a challenge.
13 But that would probably be the greatest challenge.
14     Q.   And when I speak in terms of challenge,
15 again I'm speaking in terms of utilizing your brain
16 as opposed to your brawn?
17     A.   Yeah. That would be the most -- probably
18 the most difficult technical challenge would be
19 being able to interpret what some of the software
20 meant in French. Especially considering very few of
21 us were fluent in French. Some of us were and the
22 most -- those that were, were French expatriates.