# EXHIBIT B

*Sample*
*Old Position description*

# JOB POSTING

| Job Title: | Requisition Number: |
|---|---|
| **Electrical Engineer** | **USP080** |

| Department: | Vacancies: | Hiring Manager: |
|---|---|---|
| Engineering | 1 | L. Malo, M. Freece, et. al. |

| Location: | Reports to: |
|---|---|
| Hornell, NY | Director of Engineering |

| Status: | Grade: |
|---|---|
| ✓Regular  ☐Temporary<br>✓Full Time  ☐Part Time ___hrs/wk  ☐Casual ___hrs/wk<br>☐Direct  ✓Indirect | |

**Job Summary & Essential Duties:**

- Direction and successful completion of the electrical engineering activities related to an assigned project.
- Completion of these activities is to be on schedule and within budget.

**Experience & Skills**
Required:
- A minimum of 5 years experience in the rail industry.
- Five years experience within a design-engineering department as an Electrical Engineer or equivalent.

**Education & Training**
Required:
- Bachelor's or higher degree in Electrical, Electronic, or other appropriate engineering field.

Desired:
- BS in Electrical/Mechanical Engineering

To request consideration for posted job opportunities you must obtain a "Job Posting Application" from your Human Resources or the Hornell Intranet Site. Please send the completed form and an updated resume to the Human Resources Department.

| | Date Posted: | Date Closed: |
|---|---|---|
| **ALSTOM** | January 19, 2001 | January 26, 2001 |

PLAINTIFF'S EXHIBIT
4
11/7/05

ALS0371