# EXHIBIT C

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - x

4    KEVIN P. BAKER,                    :

5              Plaintiff,              :

6        -vs-                          :   Case No. 05-CV-1352

7    ALSTOM TRANSPORTATION, INC.,:

8              Defendant.              :

9    - - - - - - - - - - - - - x

10                             Thursday, November 17, 2005

11                             Washington, D.C.

12   Deposition of

13              GREGORY C. MUSCATO

14   a witness in the above-entitled cause, was called for

15   oral examination by counsel for the Plaintiff, at the

16   law offices of Alan Banov & Associates, P.C., 1819 L

17   Street, N.W., Suite 700, Washington, D.C. 20036-3830,

18   commencing at 10:15 a.m., before Doris L. Gude,

19   Shorthand Court Reporter and Notary Public for the

20   District of Columbia, and were present on behalf of the

21   respective parties:

22

Page 22

1       A    We spoke about the audit that Mr. Gomez had

2    conducted at several of our commissioning and warranty

3    facilities, and I was the one who was directing Mr.

4    Gomez to conduct an audit as we prepared to roll out

5    our compensation program.

6       Q    When was this audit?

7       A    That audit goes back around the time frame of

8    2003.  It was -- the development of our compensation

9    program was well over a year period of time before we

10   officially rolled it out.

11      Q    And what prompted this audit?

12      A    Standard protocol, data gathering to insure

13   that we met the Fair Labor Standards Act parameters for

14   defining exempt and non-exempt positions.

15      Q    And to what extent was the audit prompted by

16   complaints by Kevin Baker that he was improperly

17   classified as exempt?

18      A    Nothing to do at all, no relationship

19   whatsoever.

20      Q    So nothing that Kevin Baker said or did had

21   anything to do with this audit?

22      A    Correct.

1    Q    As far as prompting the audit?

2    A    Correct.

3    Q    Who conducted it?

4    A    It was a company-wide initiative for all

5  positions for the entire Hornell facility and all of

6  our ancillary facilities that work with us.

7    Q    Whose idea was the audit?

8    A    My idea.

9    Q    Do you have any documentation that explains

10  why you did the audit or what your objectives were in

11  the audit?

12    A    We have an entire compensation program that

13  resulted from all of our due diligence and our efforts.

14  Conducting an audit is standard protocol, talking with

15  employees to insure that we understood the positions,

16  as well as very detailed position descriptions, which

17  ask a variety of questions that we analyzed.

18    Q    Did you send some directive out to your

19  subordinates to explain what you wanted done in the

20  audit?

21    A    I'm sure there's e-mails that go back to that

22  time frame.  But, yes, I mean, Lewis and I were working

Page 26

1      A      Each one is run separately by their own

2   managing director.  For this particular case, I believe

3   we need to focus on just the rolling stock group, which

4   is based in Hornell and then has sub-sites out with our

5   Commissioning and Warranty, which Mr. Baker was part

6   of.

7             So the compensation program that we were

8   putting together was for the Hornell and the

9   commissioning and warranty group.

10     Q      What does the commissioning and warranty

11  group do?

12     A      The commissioning and warranty group takes

13  care of any anomalies in any servicing of the contract

14  or the delivery of the trains for a certain period of

15  time after we produce the trains, either refurbish them

16  or build them new.  And Mr. Baker was part of that

17  team.

18     Q      I do want to ask that you please give to Mr.

19  Duke whatever e-mails or other documents you produced

20  or have that relate to the initiation of this audit.

21     A      The initiation of the compensation program?

22     Q      Yes.

Page 49

1       Q      Was he also called service engineer?

2       A      I do not know.

3       Q      Was he also called test engineer specialist?

4       A      When we rolled out the compensation program

5    in 2004, we did do some title changes.  One of them was

6    creating a level called a test engineer specialist.

7    From my understanding, that was the same as the

8    electrical engineers and that was a grade H.  And we

9    also brought with us the wage scales.  We thought that

10   may be pertinent.

11      Q      You brought them here?

12      A      Yes, sir.

13      Q      That's very helpful, because I don't

14   understand the different grades.

15      A      Sure.

16      Q      The document you have here?

17      A      Absolutely.

18      Q      May I see it, please?

19      A      Sure.  But to continue with that, there were

20   two other levels that we created, which was the senior

21   technician and the technician, and we called those

22   field service technicians and senior field service

Page 50

1    technicians.  And those two positions were hourly

2    positions and respectively graded D for the lower

3    position and E for the senior position.

4        Q    And is there a grade F?

5        A    Yes, sir, there is.

6        Q    What position is grade F?

7        A    This is our -- to explain a little bit more

8    in detail, what this is, -- this is fully transparent

9    to the employees, by the way, along with all of our

10   compensation procedures and processes that are on the

11   Internet, which all employees had access to.  And this

12   is just geographical regions within the United States.

13   And so maybe I can draw your attention -- this is the

14   Washington group here, so this is the box, the quadrant

15   that we want to look at.

16       Q    You mean plan D?

17       A    Correct, plan D.

18       Q    Plan D pertains to Washington?

19       A    Yes, sir.

20       Q    Okay.

21       A    And what this is in grey here, this shows the

22   hourly positions, which is A, B, C, D and E.  The

Page 51

1    technicians are on the high end of the hourly

2    positions, being respectively D and E.  And then,

3    grades F, G, H, I and J are exempt level positions.

4    Therefore, the electrical engineer or the new title,

5    which was the test engineering specialist, were exempt

6    level, and they were grade H.  As you can see, it

7    wasn't even close to the E.  There was several other

8    grades in between.  But this was all based off of

9    market data that we had and so forth, the grading of

10   different positions.

11          There are additional grades which go over

12   $100,000, but those are confidential on a need-to-know

13   basis that continue.  This is a typical 15 grade or 15

14   level grading systems that's very consistent in

15   compensation methodology.

16       Q    Okay.  I'm going to stop a moment to make a

17   copy of this.  Before I do, I just want to get a couple

18   of thoughts out here.  Do you know -- I think you

19   testified before that you have not seen any kind of

20   postings for the position that Kevin Baker filled as a

21   regular employee.  Is that correct?

22       A    This posting right here, which is what we