# EXHIBIT E

Case 1:05-cv-01352-RCL   Document 22-6   Filed 12/12/2005   Page 1 of 3

# ALSTOM

**TRANSPORT**

Hornell Operations

October 16, 2000

Kevin Patrick Baker
37 Dove Drive
Endicott, New York 13790

## PRIVATE AND CONFIDENTIAL

Dear Kevin:

We have pleasure in offering you the appointment of Electrical Engineer assigned to the NEC Project in Philadelphia, PA for ALSTOM Transportation Inc. You will report to Al Keefe.

## PERIOD OF ENGAGEMENT

Your engagement will commence on Monday, October 30, 2000.

## SALARY

Your salary will be at a rate of $55,000.00 (and would be exempt from overtime) per annum and will be paid bi-weekly in arrears. You will receive a performance appraisal at the end of six months employment. Thereafter, you will receive a performance appraisal annually in April, the start of the fiscal year.

All salary increases are based on merit. Most pay increases will be based upon your annual performance appraisal and will generally be effective the first part of April.

Should it be agreed at any time to vary the amount of remuneration payable hereunder, the remaining terms and conditions of this letter shall not be affected by any such variation.

ALSTOM Transportation Inc.
1 Transit Drive
Hornell NY 14843
Tel.: 607-324-4595
Fax: 607-324-5601

ALSTOM USA Inc.
USA Corporate Headquarters
4 Skyline Drive
Hawthorne, N.Y. 10532-2160

**ALSTOM**

Kevin Patrick Baker
October 16, 2000
Page 2

## BENEFITS

You will be invited to join the Company benefits plans, details of which are outlined in the Employee Handbook.

## VACATION

In addition to the standard public holidays and personal days granted to the Company's staff, you will receive vacation in accordance with company policy.

Would you please sign your acceptance of this offer on the original as well as the Employee Proprietary Information Agreement and return them at your earliest convenience. We have included a duplicate for your records.

Yours sincerely,

*Ellie Snyder*
Ellie Snyder
Human Resources Supervisor

Enclosure: Employee Proprietary Agreement

ACCEPTED: *Kevin Patrick Baker*     10-27-00
             Name                    Date

ALS0027