# EXHIBIT G

# ALSTOM

## PERFORMANCE OBJECTIVES

Year: _2002_ / _2003_    Page: ____ of ____

| FULL NAME: | Kevin Patrick Baker | EMPLOYEE: | Kevin Patrick Baker |
|---|---|---|---|
| JOB TITLE: | Electrical Engineer | DIRECT MANAGER: | Curtis Moser |
| UNIT / DEPARTMENT: | Customer Service Engineering | FUNCTIONAL MANAGER: | |
| SECTOR / BUSINESS: | TuS (MBU) | | |

PRINT NAME    SIGNATURE    DATE

*Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.*

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | PERFORMANCE OBJECTIVES DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching M - Measurable A - Agreed R - Realistic T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS Date Date Date Date Date Date | RESULTS AND COMMENTS |
|---|---|---|---|---|---|
| H | | • Take the initiative to independently resolve problems, and propose methods to analyze various . . . | | | |
| M | | • Refine understanding about decision making ability in order to minimize supervisory intervention. | | | |
| M | | • Become a better team player and develop leadership attitude. | | | |
| M | | • Show a better understanding of corporate organization's processing/roadmap and be more versatile by acquiring a broader knowledge of company's products. | | | |
| H | | • Ultimately be an important part of the . . . program of the NEC-Amtrak project and other. . . He able to task general on the first project. | | | |

IMPORTANT: Attach supporting material such as job description, functional competencies, 360°, self-appraisal, etc. as applicable

**Please send a copy of this completed form to the Human Resources Department**

APA-2 - MSWord - 01/01

PLAINTIFF'S EXHIBIT
PENGAD 800-631-6989

ALS0357

# ALSTOM

# PERFORMANCE EVALUATION

| | |
|---|---|
| Full Name | : Kevin Patrick Baker |
| Job Title | : Electrical Engineer |
| Unit/Department | : Customer Service/Engineering |
| Sector/Business | : TUS /MBU |
| Effective Date of Current Position | : 30 October 2000 |
| Direct Manager | : Curtis Moses |
| Functional Manager / Internal Customer(s) | : |

**Performance Evaluation Scale:**

4 - Has exceeded all of the requirements.

3 - Has exceeded most of the requirements and met all others.

2 - Has met the requirements.

1 - Has met some but not all of the requirements.

0 - Has not met the requirements.

| PERFORMANCE EVALUATION | |
|---|---|
| Performance Objectives Completion | 3 |
| Behavioral/Interpersonal Skills | 4 |

| OVERALL EVALUATION | 7 |
|---|---|

**COMMENTS:**

I have placed a great deal of energy into this project (over 505 hrs overtime in 2000). Hopefully my efforts have not gone un-noticed.

Employee
Date / Signature:
Kevin Patrick 2/6/01

Direct Manager - Job Title
Date / Signature:
Curtis Moses  2/7/01

Functional Manager / Internal Customer(s) - Job Title
Date / Signature:
2/6/01

**Please send a copy of this completed form to the Human Resources Department**

APA-2 - MSWord - 01/01

ALS0356

# ALSTOM

**Year:** 2002 / 2003

| | |
|---|---|
| Full Name | : Kevin Patrick Baker |
| Job Title | : Electrical Engineer |
| Unit/Department | : Customer Service Engineering |

## DEVELOPMENT OBJECTIVES

**STRENGTHS & AREAS FOR IMPROVEMENT (training, coaching, technology etc.):**

**Technical/Professional:** Over the past year I have become quite knowledgeable and achieved a great level of technical competence. However, this year I feel I can still improve greatly by studying schematics and specifications or manuals. I have the benefits by the following qualifications; I'm a degreed Electrical Engineer with 20 plus years of technical experience. The last 5 years have been in the real road industry both in the lab & field.

Kevin's engineering skill is excellent, if given the technical information in english format, he can excel even further. I would suggest travel to other location to improve this.

**Behavioral/Interpersonal/Managerial:** My interpersonal skills are fairly good, I get along well with others. I could use some improvement in my listening skills. Someone is learning difficulty communicating an idea, I should not attempt to guess what the person wants to say, but stay quiet until that person is finished attempting to convey their ideas. I don't feel as though I've achieved my full leadership potential and should, exert myself more in this area as well.

I feel that in a short period of time, Kevin can excel in all aspects on supervisory skills and customer relation.

**Please send a copy of this completed form to the Human Resources Department!**

ALS0358

# ALSTOM CAREER AND MOBILITY

**Year:** 2002 / 2003

**Full Name:** Kevin Patrick Baker

**CAREER INTERESTS (short, mild and long term):**

**Employee Comments:** Short Term: a pay raise, Mid Term: New Project assignment & Duties, Long Term: Project Leader

**Appraiser Comments:** I agree that Kevin can adapt to another project easily, with time he can progress to project leader.

**MOBILITY (functional/geographical/Sector/done):**

**Employee Comments:** Assignment to a new project and location is desirable and executable. Roseville, NY or another field site is suitable to me. Some sort of estimate of time remaining on this project could be helpful in my personal planning.

**Appraiser Comments:** Kevin is a hard working family man that can adapt to change in location.

**COMMENTS:**

| | |
|---|---|
| Employee Date / Signature: Kevin Patrick Baker 2-6-2 | Direct Manager – Job Title Date / Signature: Curtis Moses Curtis 2/7/02 |
| | Functional Manager / Internal Customer(s) – Job Title Date / Signature: 2/15/02 |

**Please send a copy of this completed form to the Human Resources Department**

MSWord - 0

ALS0359

# ALSTOM

## PERFORMANCE OBJECTIVES

**Year: 2002 / 03**

Page: 1 of 4

| | | | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| EMPLOYEE: | | | Kevin Patrick Baker | | |
| DIRECT MANAGER: | | | Curtis Moses | | |
| FUNCTIONAL MANAGER: | | | | | |

| FULL NAME: | Kevin Patrick Baker |
|---|---|
| JOB TITLE: | Electrical Engineer |
| UNIT / DEPARTMENT: | Service |
| SECTOR / BUSINESS: | Rolling Stock Americas (U.S. Operations) |

*Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.*

| PRIORITY H-M-L | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | DESCRIPTION OF OBJECTIVES (including individual and collective) S - Stretching M - Measurable A - Agreed R - Realistic T - Time bound | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS | | | | RESULTS AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **PERFORMANCE OBJECTIVES** | | Date | Date | Date | Date | |
| H | | • Take the initiative to independently resolve problems, and propose methods to analyze causes. | | | | | | |
| M | | • Refine independent decision making skills in order to minimize supervisory intervention. | | | | | | |
| M | | • Become a better team player and develop leadership attributes. | | | | | | |
| M | | • Gain a better understanding of corporate organization and business operations, and be more versatile by acquiring a broader knowledge of company products. | | | | | | |
| M | | • Assist in product development and improvement. | | | | | | |
| H | | • Ultimately be an important part of the success of the NEC-AMTRAK project and obtain the skills to break ground on the next project. | | | | | | |

ALS0360

# ALSTOM

## PERFORMANCE EVALUATION

| | | |
|---|---|---|
| Full Name | : | Kevin Patrick Baker |
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Service |
| Sector/Business | : | Rolling Stock Americas |
| Effective Date of Current Position | : | |
| Direct Manager | : | Curtis Moses |
| Functional Manager / Internal Customer(s) | : | |

### Performance Evaluation Scale:

4 - Has exceeded all of the requirements.
3 - Has exceeded most of the requirements and met all others.
2 - Has met the requirements.
1 - Has met some but not all of the requirements.
0 - Has not met the requirements.

### PERFORMANCE EVALUATION

| | |
|---|---|
| *Performance Objectives Completion* | |
| *Behavioral/Interpersonal Skills* | |
| **OVERALL EVALUATION** | ✓ |

**COMMENTS:**
I have placed a great deal of energy into this project (over 525 hours overtime in 2001). Hopefully, my efforts have not gone unnoticed.

**Employee**
Date / Signature:
_Kevin Patrick Baker_

**Direct Manager - Job Title**
Date / Signature:
_Curtis Moses_

**Functional Manager / Internal Customer(s) - Job Title**
Date / Signature:

**Please send a copy of this completed form to the Human Resources Department**

APA-2 - MSWord - 01/01

ALS0361

# ALSTOM

Year: ___2002/ 03

| Full Name | : | Kevin Patrick Baker |
|-----------|---|---------------------|
| Job Title | : | Electrical Engineer |
| Unit/Department | : | Service |

## DEVELOPMENT OBJECTIVES

**STRENGTHS & AREAS FOR IMPROVEMENT (training, coaching, technology, etc.):**

**Technical/Professional:**

In the past year I have become quite knowledgeable and achieved a greater level of technical competence. However, this year I feel I can still improve greatly by studying diagrams, schematics, and specifications, or manuals.

I have the benefit of the following qualifications; I am a degreed Electrical Engineer with 20 plus years of technical experience. The last five years have been in the railroad industry, both in the lab and field.

Kevin's engineering skill is excellent, if given the technical information in English format, he can excel even further. I would suggest travel to other locations to improve this.

**Behavioral/Interpersonal/Managerial:**

My interpersonal skills are fairly good, I get along well with others. I could use some improvement in my listening skills. If someone is having difficulty communicating on idea, I should not attempt to guess what the person wants to say, but stay quiet until that person is finished attempting to convey their ideas. I don't feel as though I've achieved my full leadership potential and should exert myself more in this area as well.

I feel that in a short period of time, Kevin can excel in all aspects of supervisory skills and customer relation.

**Please send a copy of this completed form to the Human Resources Department**

APA-2 - MSWord - 01/01

ALS0362

# ALSTOM CAREER AND MOBILITY

**Full Name:** Kevin Patrick Baker

**Year:** 2002/03

**CAREER INTERESTS (short, mid and long term):**

**Employee Comments:**

Short term: a pay raise
Mid term: new project assignment and duties
Long term: project leader

**Appraiser Comments:**

I agree that Kevin can adapt to another project easily, with time he can progress to project leader.

**MOBILITY (functional/geographical/Sector/date):**

**Employee Comments:**

Assignment to a new project and location is desirable and inevitable. Hornell, NY or another field site is suitable to me. Some sort of estimate of time remaining on this project could be helpful in my personal planning.

**Appraiser Comments:**

Kevin is a hard working family man that can adapt to change in location.

**COMMENTS:**

| | |
|---|---|
| Kevin Patrick Baker | Curtis Moses | *(signature)* |
| **Employee**<br>Date / Signature: | **Direct Manager – Job Title** Date / Signature: | **Functional Manager / Internal Customer(s) – Job Title**<br>Date / Signature: 2/15/02 |

**Please send a copy of this completed form to the Human Resources Department**

ALS0363

AQ-2  MSWord - 01/C