# EXHIBIT H

# ALSTOM

# EMPLOYEE PERFORMANCE APPRAISAL

Name _KEVIN BAKER_

Appraisal Period _2002-2003_

PLAINTIFF'S EXHIBIT 13 11/2/05
ALS0364

# ALSTOM

## PERFORMANCE OBJECTIVES AND RESULTS

Year: 2003 / 2004            Page: 1 of 4

| FULL NAME: | Kevin Patrick Baker | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|---|
| JOB TITLE: | Electrical Engineer | | Kevin Patrick Baker | 2/27/03 |
| UNIT / DEPARTMENT: | Customer Service, Engineering | | | |
| SECTOR / BUSINESS: | Transport US / RSU | | | |
| EMPLOYEE: | | | | |
| DIRECT MANAGER: | Kevin Patrick Baker | | | 2/27/03 |
| FUNCTIONAL MANAGER: | Curtis Moss | | | 2/28/03 |

*Before completing this section, please ensure that all employees have been appraised of departmental goals and objectives.*

| PRIORITY H-M-L | DESCRIPTION OF OBJECTIVES (including individual and collective) | RELATED STRATEGIC DEPARTMENTAL OBJECTIVES (As applicable) | MEASUREMENT CRITERIA (time, financial, % etc.) | INTERIM REVIEWS | | | | RESULTS AND COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | **PERFORMANCE OBJECTIVES** | | | Date | Date | Date | Date | |
| | S - Stretching<br>M - Measurable<br>A - Agreed<br>R - Realistic<br>T - Time bound | | | | | | | |
| H | Take the initiative to independently resolve technical problems by identifying & analyzing causes | | | | | | | • with added responsibilities new problems will be present for RNET program |
| H | Resolve issues by proposing multiple to avoid the same or similar situations | | | | | | | • Focus on non-warranty issues. |
| M | Develop and refine independent decision making skills | | | | | | | |
| L | Become a better Team Player but with minimal supervision | | | | | | | • Set High Priorities as a lead tech. |
| M | Obtain a better understanding of corporate goals and business operations | | | | | | | |
| M | Become technically more diverse by developing a broad knowledge of more company products | | | | | | | |
| H | Be an instrument for Project Success honestly skills required to build on my past on future project | | | | | | | |
| M | Develop leadership attribute w/customer focus | | | | | | | |

*Please send a copy of this completed form to the Human Resources Department.*

**IMPORTANT:** Attach supporting material such as job description, functional competencies, 360°, self-appraisal, etc. as applicable

ALS0365

AO-2 MSWord - 01/0

# ALSTOM

# PERFORMANCE EVALUATION

Year: 2002 / 2003    Page: 2 of 4

| | |
|---|---|
| Full Name | Kevin Patrick Baker |
| Job Title | Electrical Engineer |
| Unit/Department | Engineering/Customer Service |
| Sector/Business | RSA/Transport US |
| Effective Date of Current Position | 24 October 2000 |
| Direct Manager | Curtis Moses |
| Functional Manager / Internal Customer(s) | |
| Human Resources | |

## PERFORMANCE EVALUATION

| | |
|---|---|
| Performance Objectives Completion | 2 |
| Behavioral/Interpersonal Skills | 2 |

OVERALL [redacted]

**Performance Evaluation Scale:**
4 - Has exceeded all of the requirements.
3 - Has exceeded most of the requirements and met all others.
2 - Has met the requirements.
1 - Has met some but not all of the requirements.
0 - Has not met the requirements.

**COMMENTS:**

Another year has passed with well over 525 hours overtime on this project. I have realized some benefits of this labor but just the same, the personal toll of this sacrifice has been immeasurable.

Kevin Patrick Baker
2/27/3
Employee Date / Signature:

Kevin's technical abilities is excellent. His mechanical skill is equal to technical skills.
He need to improve on functionality.

Curtis Moses - Site manager
Direct Manager - Job Title
Date / Signature:

[signature] Curtis
04/03/03 Operations Manager
Functional Manager / Internal Customer(s) - Job Title
Date / Signature:

# ALSTOM

## DEVELOPMENT OBJECTIVES

Year: 2002 / 2003        Page: 3 of 4

| Full Name | Kevin Patrick Baker |
|---|---|
| Job Title | Electrical Engineer |
| Unit/Department | Customer Service/Finishing W3 |

### STRENGTHS (training, coaching, technology etc.):

**Technical/Professional:**
In the year since my last evaluation, I feel as though I've developed a greater understanding of this project from a technical standpoint and have been afforded the opportunity to broaden my knowledge base by cross training on another product. My Electrical Engineering Degree and strengths in Power Electronics, Electrical Machines and Analog/Digital Controls make me a good fit for this business and also allows for opening new opportunities within the company.

**Behavioral/Interpersonal/Managerial:**
Given the often stressful environment that fast response to problems required, I feel as though my behavior has been exemplary. I get along well with others and can put aside enough spots in the road [or] behind me. I've tried to lead by example, hard work, and good hard work.

### AREAS FOR IMPROVEMENT (training, coaching, technology etc.):

**Technical/Professional**
Now that I've been cross trained on another program AEM-740, I need in addition to NEC, FDA, MUTOH, AGFA & HHP. I expect Kevin, in addition to the same level of competence on that program as well to achieve the same level of competence on that program as well. In addition, Failure Mode Hardware Failure Analysis Technical abilities should be honed such that I can take the lead on this site with my current design aspect as lead engineer. I need to focus on leading ALSTOM Techs and training customer Techs.

**Behavioral/Interpersonal/Managerial:**
While I feel as though I've improved upon my listening skills, that could use some refinement. I could also stand to develop more tolerance & patience with those that exhibit mediocrity within this coming year. I expect my leadership skills to blossom, along with that I hope to improve my time management skills.

Kevin - tech abilities is excellent to become a lead engineer. On

Kevin needs to increase on managerial skills so that opportunities in the near future will be present. He need to become more of a listener, functionality need much improvement.

# ALSTOM

## CAREER AND MOBILITY

Full Name: Kevin Patrick Baker    Year: 2002 / 2003    Page: 4 of 4

**CAREER INTERESTS (short, mid and long term):**

Employee Comments: Short Term: More pay, less hours
Mid/Long Term: Project Leaderships & enhancement of leadership skills
Long Term: Transfer to another project, either in the DC Metropolitan area or relocation to another site.

Appraiser Comments: Kevin will get more responsibilities & assignments in the very near future. A lead position can present itself soon. CM

**MOBILITY (functional/geographical/Sector/date):**

Employee Comments: Project responsibilities & locations are always flexible given the appropriate notification & support. Short term travel is obviously a viable option and usually possible at a moments notice. Long term planning of a personal nature would be greatly benifited by a reasonable estimate of the present projects commitment/duration

Appraiser Comments: In the mid-term future other programs will be available CM