# EXHIBIT I

**ALSTOM**
Hornell Site

DEC 18 2003

JOB AUDIT
Field Service Team

→ Tech direction
→ Self directed
→ level of knowledge

Name of employee: Kevin BAKER
Site: ~~Washington~~ - Baltimore              Date: 12/18-19/03

Ellie SNYDER
letter back 2000-2001

### introduction
- Objective of interview is to understand your daily duties, time spent and how your work is organized
- All information is confidential

1. What is your position ~~title~~?
   FROM HR | ELECTRICAL ENGINEER |
   UNDERSTANDING: PROJECT LEAD ENG — NOTHING IN WRITING
   PROMOTION PENDING                                           ?

2. Would you please summarize the purpose of your job?
   → To provide support for a product on field issue.
      support
   reliability  monitor..
   Timing  follow  Maintenance

   → Provide Tech Ass to left customer
      assistance

3. How many years of work experience do you have? – What is your level of education (degree, type)?
   > 20 years.
   → BA electrical eng.     AAS Science assistant
                            AS science  AS tech automotive Tech
                            engineer
                            chemist

4. List your main duties and approximate % of time spent each day on each duty
   → Email                                                  12% <
   → Status of loco issue immediate tackling ..   1 hour
      Status         Service        Populain  tackling
   → Coordinate with Customer -
      track failures w/ electrical
      Track failures w/
   → Evaluate Return from Vendor - liability for FOR
                           Vendors  liability for service
                                              loco  1 hour

PLAINTIFF'S EXHIBIT 15  1/7/05

→ 10% make email
   20%

● > 50% working on locomotive.

   lot of waiting to get loco available

   need someone from Union
          + SAFETY ISSUE.

   25% WAIT. FROM CUSTOMER.

     HAVE TO STAY —

● Consulting
     research for ft on modules
     ――――――――   Test bench test bench.
     MATRIXES REPORT : 1 DAY /WEEK.
     matrix-es
     3-4 hours / Reports   own time —

ALS0042

**ALSTOM** — Hornell Site                                                    JOB AUDIT / Field Service Team

**5. What tools do you use to do your job?**  ++++
- Computer — lap top (shared) — on a doc
- cell phone
- lap top on Train
- ✓ Pete → Screw driver, multimeter
- Oscilloscope — Micrometers                    } continuously
- 5 minutes
- cable
- snip
- SCHEMATIC

**6. List approximate % of time using each of them** (circled: "%")

**7. Who assigns your daily activities/work?**
Self directed for most of them.
(sometimes from direct supervisor). Crox — Sr Mgr
P. Gerund (his deputy — director Project) ex
CANAR — op's mgr

**8. How do you prioritize these activities/work?**
own decision
checks with Supervisor
SUPERVISOR

**9. With whom do you interact during the day?**
- other site personnel — Site Personnel
- customer (directly) — directly
- Consortium (Bombardier)        | ensure of equipment
- Tech / Eng                     | turn around
                                 | ensure

**10. What is the main purpose for the interaction?**
→ can be called directly
→ Provide Assistant where job is
— Hornell: Returns (Cliff Black) — Warranty reports
Occasionally: Jim Day — Andrew Miller
— Valentin

**ALSTOM**
Hornell Site

JOB AUDIT
Field Service Team

**11. Who is your supervisor? Describe his/her role** — Curtis Nox

- Assign schedule, task
- Perf Evaluation
merit increase — ni > him.
- No Training. ( use from Expats) P. firoud (T level)
   training                Expats

**12. Do you supervise people?**

NOT DIRECTLY

Our City Insurance with Customer (No input)
Some Quality
Assist the exp/dts more.
assist                                LEADER > SFP.

**13. List your management related duties ?**

**14. Do you use a computer in your job?** (YES) NO

**15. Approximately, how many hours a day ?**   > 60% - 75%

**16. List the main uses**
- email
- Tech input.
- Tool
- Reports
- create procedures -
- data base entries

**17. What kind of documents (reports, etc) do you use?**  failure analysis

- weekly rpts   Weekly reports
- maintenance manual - maintenance manual
- Software tools.
- on line procedural data base.
- on line procedure data base

ALSTOM  
ornell Site

JOB AUDIT  
Field Service Team

8. Which kind of reports do you create? Who are the recipients – distribution list?

→ weekly reports to G. Amer – ERF – PGrand – CM – Project
→ Maintenance reports
– Service failure / mileage

19. Any Questions / Comment?

Purpose of interview
was working as a Temp Agency.

Inequity for OT.
counted to 50 hours with No OT.
put 50-60 hours a week
was rewriting OT. Graham..

– Graham Aerospace. Eg + OT.
– Locked Martin. Eg + OT.
   Sal + OT.

Mini: Customer   19 $/hour.   4 position lowest
                              → 70,000 / year.

CONFIDENTIAL
Job Audit Survey - 2
ALS0045