# EXHIBIT J

# ALSTOM

TRANSPORT

Thursday, May 01, 2003

Kevin P. Baker,
6608 Gude Ave
Takoma Park, MD 20912

**Re: Merit Increase**

Dear Kevin,

Congratulations! We are pleased to inform you that effective April 1, 2003 your new annual salary will be $59,854. This represents an increase of 3.00% based upon your previous year's salary. The paycheck you receive on May 15, 2003 will include your increase retroactive to April 1st, 2003.

This increase was based upon merit, as determined by your manager, in consideration of your contributions to ALSTOM Rolling Stock Americas' overall business results during our 2002-2003 fiscal year.

Please note that our records show that your active service this year was 12 months. If this is less than 12 months, your increase referenced above has been prorated accordingly.

Additionally, as a result of this change in your salary, your benefits package will be correspondingly enhanced. The details are as follows:

- Company paid Core Life Insurance and Supplemental Life Insurance (if selected)
- Company paid Core Long Term Disability (LTD) and Supplemental Long Term Disability (if selected)
- Company paid Accidental Death and Dismemberment Insurance (ADD)

These benefits will be re-calculated for the 2004 Open Enrollment period to be effective January 1, 2004. All parameters of these benefits are governed by the plan description. Your Core Life Insurance and Supplemental Life insurance (if selected) will be rounded up to the next $1,000 increment.

If you currently participate in the 401(k) program, the dollar amount of your existing contribution percentage will increase, as well as the company match. The company contribution to the Defined Benefit Pension will also be adjusted appropriately. Vacation, holiday and personal time pay will increase based upon your new salary.

ALSTOM Transportation Inc
1 Transit Drive
Hornell NY 14843
Tel.: 607-324-4595
Fax: 607-324-5601

ALS0060

# ALSTOM

TRANSPORT

In closing, we would like to personally thank you for all of your contributions over the past year. We are confident that with your continued support and diligence we will meet or exceed all of our future objectives and make 2003/2004 a successful year.

Regards,

Alain Percet,
Vice President, Operations RSA - US
Rolling Stock Americas

Gregory C. Muscato,
Vice President, Human Resources
Rolling Stock Americas

ALS0061