# EXHIBIT K

**ALSTOM**

**Position Description**
Responsibilities

**Unit:** US Site Service

PLAINTIFF'S EXHIBIT 5 11/7/05

| | |
|---|---|
| **Position Title:** | **Test Engineering Specialist** |

| | |
|---|---|
| Position Code: | M01310 |
| Location: | Various |
| Date Submitted: | 19-Mar-03 |
| Date Approved: | 29-Oct-03 |
| Supervisor: | Manager, Engineering |
| Department: | Service |

**Job Purpose / Summarize:**

The Test Engineering Specialist (TES) will perform evaluation of systems, subsystems and components in various settings and sites. Liaise with Engineering from various internal and external units, vendors and customers. The TES will act as a customer interface on test issues at service sites. Also could supervise site staff performing proof of design testing, warranty and commissioning testing.

## Responsibilities

1. Develop test set-ups and apparatus to conduct validation testing of systems, sub-systems and components in accordance with project validation plans, test procedures, customer specifications and governmental regulations
2. Ensure that tests are conducted in a safe manor including ensuring the safety of people and equipment in, near or around the test area and unit under test
3. Must be capable of self-managing assigned projects including all aspects of the project (technical, managerial, administration, etc.).
4. Define and develop the test environment and anticipate personnel, time, equipment and instrumentation needs
5. Develop schedules, plans, work assignments, track / equipment requests, test status logs, local operating procedures, etc as required for all onsite testing
6. Ensure proper and calibrated equipment is available for all tests and maintain a database of site instrumentation with calibration status
7. Assist in providing technical expertise and support/training/technical guidance as required to customer and service site staff
8. Produce or assist in producing as required detailed customer and internal test reports for testing performed
9. Work closely on a technical level with the customers, vendors, service management and Project Office, providing feedback on equipment status and work performed at sites as required/requested.
10. Analyze data, and trends to determine if equipment meet performance criteria.
11. Assist in the implementation and coordination of all field modifications, engineering changes, field engineering changes, upgrades and trial installations for onsite equipment. Conduct validation of equipment performance after the changes.
12. Perform hands on labor in installing, maintaining and repairing of equipment under test and instrumentation. May also do other manual labor as site requirements dictate.
13. Responsible for all onsite testing and commissioning projects. Will work with customer, project and service management to ensure smooth testing and rapid report generation.
14. Any and all other responsibilities, in addition to those mentioned above, as assigned by supervisor/manager. Any interpretation/clarification with responsibilities above will be settled by the supervisor/manager. This list of responsibilities is not all inclusive and may change, be added to or deleted from any time

*List the most challenging components or concerns to be solved and indicate why this is so.*

## Challenges:

1. Quickly evaluate a test situation and bring the proper resources to bear. Requires detailed knowledge of equipment under test and good interpersonal and communication skills
2. Adherence to ALSTOM's policies, procedures and practices in a rapidly changing environment. Sometimes equipment, weather or other factors will not allow the test to run as originally planed, a new way must be found to get the test done.
3. Creating team environment amongst all people involved in a test (customer, ALSTOM, vendor, etc) conductive to customer satisfaction

Position Descriptions are uncontrolled printed documents and subject to change or revision periodically. These documents are for internal use only.

# ALSTOM

**Position Description** — Environment

**Position Title:** Test Engineering Specialist

## Interaction

### Internal

| External | Everyday | Occasional | Internal | Everyday | Occasional | External | Everyday | Occasional |
|---|---|---|---|---|---|---|---|---|
| | | | Field Service Engineering Manager | ☑ | ☐ | | | |
| | | | Project Manager | ☑ | ☐ | | | |
| Vendors | ☑ | ☐ | | | | Vendors | ☑ | ☐ |
| Customer consultants | ☑ | ☐ | | | | Customer consultants | ☑ | ☐ |
| Transit Systems | ☐ | ☑ | | | | Transit Systems | ☐ | ☑ |
| End Customer | ☑ | ☐ | | | | End Customer | ☑ | ☐ |
| Partnering Companies | ☑ | ☐ | | | | Partnering Companies | ☑ | ☐ |
| Government Authorities | ☐ | ☑ | | | | Government Authorities | ☐ | ☑ |
| | | | Field Service management | ☑ | ☐ | | | |
| | | | Project manager | ☑ | ☐ | | | |
| | | | Quality/Engineering | ☑ | ☐ | | | |

## Supervision

Does this position supervise other employees? ☐ No  ☑ Yes

| # | Title | Number of Employees | Operational | Functional |
|---|---|---|---|---|
| 1 | Field Service Technician | <5 | ☑ | ☐ |
| 2 | | | ☐ | ☐ |
| 3 | | | ☐ | ☐ |
| 4 | | | ☐ | ☐ |
| 5 | | | ☐ | ☐ |

If **Yes**, list the number by title

### What are the supervisory responsibilities?

- ☐ Accountable for hiring & discharging decisions
- ☐ Initiate or recommend salary action
- ☑ Accountable for the work performances of the team
- ☑ Responsible for ensuring training
- ☐ Manager a team budget
- ☐ Conduct performance appraisals and coach for career development

If **No**, does this position make work assignments and/or check the work of others in your work unit but without the responsibilities in the previous six statements?  ☐ No  ☐ Yes

Indicate the budget managed by the position In USD:   0   USD

## Working Environment:

| | | | |
|---|---|---|---|
| Environment | Service Sites mainly outdoors | Keyboarding | Requires a lot of computer input |
| Telephone usage | Frequent telephone Interaction | Movement | Large amounts of walking / carrying |
| Noise Level | High | Weight Lifting | Large amounts |
| Frequency of Lifting | High | Other (describe) | Hands on, requires own basic tools |

Position Descriptions are uncontrolled printed documents and subject to change or revision periodically. These documents are for internal use only.

**ALSTOM**

**Position Description** — Skills/HR

| Position Title: | **Test Engineering Specialist** |
|---|---|

## Skills:

| Behavioral Skills / Leadership | Critical | Necessary | Desirable | Technical Skills | Critical | Necessary | Desirable |
|---|---|---|---|---|---|---|---|
| Analytical Skills | ☑ | ☐ | ☐ | Testing – Adjustment | ☑ | ☐ | ☐ |
| Customer focus | ☐ | ☑ | ☐ | Testing – Commissioning | ☑ | ☐ | ☐ |
| Innovativeness | ☑ | ☐ | ☐ | Electrical engineering | ☐ | ☐ | ☑ |
| Organization/ planning skills | ☐ | ☐ | ☑ | Control and test rolling stock | ☐ | ☑ | ☐ |
| Problem-solving skills | ☑ | ☐ | ☐ | Electromechanical equipment | ☑ | ☐ | ☐ |
| Results-orientation | ☐ | ☑ | ☐ | Electric motors | ☑ | ☐ | ☐ |
| Team spirit | ☐ | ☑ | ☐ | Traction drive/Traction energy control | ☐ | ☑ | ☐ |
| Written communication skills | ☐ | ☑ | ☐ | Transport systems | ☐ | ☑ | ☐ |
| Act as a Team player | ☐ | ☑ | ☐ | Software design | ☐ | ☐ | ☑ |
| Lateral/analytical thinking | ☐ | ☑ | ☐ | Electricity: high voltage | ☑ | ☐ | ☐ |
| Satisfy ALSTOM Customers | ☐ | ☑ | ☐ | Customer satisfaction | ☐ | ☑ | ☐ |
| Listening skills | ☐ | ☑ | ☐ | Signaling systems | ☐ | ☐ | ☑ |
| Resilient | ☑ | ☐ | ☑ | Sites/Installations | ☐ | ☑ | ☐ |
| Apply ALSTOM Disciplines and Processes | ☐ | ☑ | ☐ | Task planning | ☐ | ☑ | ☐ |

### Enticing Characteristics of this position:
Describe the selling points of the position including the developmental opportunities that the job provides.

- High visibility/exposure internally and externally
- Ability to work with core engineering team
- Upward career mobility potential
- Work with state of the art technologies
- Must be self starter as little direct supervision

### Requirements

**Typical Qualifications**
Associates Degree (2 yr degree) prefered

**Experience**
1 - 3 years

---

This section is for Human Resources use only

| EEO-Category (US) | 2 | Overtime Eligibility | NO |
|---|---|---|---|
| EEO Group Name (Canada) | | Position Code | M01310 |
| Grade (US) | H | Reviewed by (HR) | 08/12/03 - Anne-Sophie Ramette |
| Grade (Canada) | | Date Approved | 10/29/03 - Alain Percet |

Position Descriptions are uncontrolled printed documents and subject to change or revision periodically. These documents are for internal use only.

Hornell Position Description template : Test Engineering Specialist - 103103 - Page: Skills - HR

ALS0374