**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN PATRICK BAKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil File No.: 05-CV-1352(RCL) |
| ) | |
| ALSTOM TRANSPORTATION INC. ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO STRIKE EXHIBIT D ATTACHED TO
DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant, ALSTOM Transportation Inc., by its counsel, Ober, Kaler, Grimes & Shriver, A Professional Corporation, hereby files this *Consent Motion* and moves this Court to strike Exhibit D, which is attached to *Defendant's Memorandum of Law in Support of Motion for Summary Judgment* (filed on December 12, 2005). Defendant further states the following in support of this *Consent Motion*:

1. The parties have conferred with respect to the filing of this Motion.

2. Plaintiff has requested that Defendant redact any reference to his personal identifiers in Exhibit D.

3. The filing of a redacted exhibit will not prejudice the rights of either party or delay these proceedings.

4. Defendant hereby files with this *Consent Motion* the enclosed redacted version of the above-described Exhibit D.

WHEREFORE, Defendant respectfully requests that this Court strike the originally filed Exhibit D from the record, which was attached to *Defendant's*

778354

*Memorandum of Law in Support of Motion for Summary Judgment*, and substitute said exhibit with the redacted version provided herewith.

                                                  Respectfully Submitted,

                                            _____*/s/*_____

                                            Pamela J. White (D.C. Bar No. 962787)
                                            Neil E. Duke (D.C. Bar No. 471942)
                                            Ober, Kaler, Grimes & Shriver
                                            A Professional Corporation
                                            120 East Baltimore Street
                                            Baltimore, MD  21202-1643
                                            (410) 685-1120
                                            (410) 547-0699 – Fax

                                            Attorneys for Defendant, ALSTOM Transportation Inc.

778354

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>Defendant. ) | Civil File No.: 05-CV-1352(RCL) |

**ORDER**

Upon consideration of Defendant, ALSTOM Transportation Inc.'s, *Consented To Motion to Strike Exhibit D Attached to Defendant's Memorandum of Law in Support of Motion for Summary Judgment*, it is this _____, day of December, 2005,

ORDERED that Defendant's Consent Motion is GRANTED and Exhibit D, is struck and substituted with the redacted version of the same document.

_____
Judge, United States District Court

778354