IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>Defendant. ) | Civil File No.: 05-CV-1352(RCL) |

**STIPULATED PROTECTIVE ORDER**

Defendant, ALSTOM Transportation Inc. ("ALSTOM"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby moves the Court to enter the contemporaneously-filed Protective Order and states the following in support:

1. Plaintiff's counsel, through discovery, has requested business related information from ALSTOM which is proprietary and confidential in nature.

2. The documents requested are not accessible to the public and would cause irreparable harm to ALSTOM's products and/or services if released to the general community.

3. Plaintiff's counsel consents to the entry of the attached Protective Order. Entry of the Protective Order does not serve to prejudice the rights of either party in this matter and will further the interests of justice.

WHEREFORE, Defendant, ALSTOM Transportation Inc., with the consent of Plaintiff, respectfully requests that this Court enter the contemporaneously-filed Protective Order governing the protection and exchange of confidential information.

777753.1

                Respectfully submitted,


                _____/s/_____
                Pamela J. White (D.C. Bar No. 962787)
                Neil E. Duke (D.C. Bar No. 471942)
                Ober, Kaler, Grimes & Shriver
                A Professional Corporation
                120 East Baltimore Street
                Baltimore, MD  21202-1643
                (410) 685-1120
                (410) 547-0699 – Fax
                Attorneys for Defendant

777753.1