UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.Civ.P. 6(b), Plaintiff Kevin Patrick Baker, by his undersigned counsel, hereby moves the Court to extend his deadline to file and serve his opposition to Defendant ALSTOM Transportation, Inc.'s Motion for Summary Judgment by eight days, from December 29, 2005, to and including January 6, 2006, and in support of this motion states:

1.  By virtue of the current scheduling Order, dated September 14, 2005, plaintiff's opposition to defendant's summary judgment motion is due to be filed and served by December 29, 2005.

2.  Plaintiff requests an eight-day extension of time, from December 29, 2005, to and including January 6, 2006, for the following reasons: (a) his attorneys' secretary is on vacation this week and is being replaced by a temporary employee; (b) yesterday was a Federal holiday, and employees have been on leave during this holiday season (for example, the undersigned was out of town from December 16 through the afternoon of December 19); (c) the undersigned has been heavily involved in other litigation, including without limitation Mohammed Gassama v. CSOSA, MSPB Docket No. DC-0432-06-0053-I-1, including submission of interrogatory answers on December 19, a deposition on December 22, a motion to compel, which was filed on December

23, and prehearing submissions, which are due to be filed by December 28, 2005; (d) on December 23 plaintiff's counsel received from defendant's counsel three boxes of materials, pursuant to requests plaintiff made during depositions he conducted in November, and they will need to read these materials to see which ones will support plaintiff's opposition to defendant's motion.

3. The extension requested will not prejudice any party or interfere with the Court's docket. Indeed, the Court is already considering a motion to compel, whose disposition could impact on the Court's ruling on the summary judgment motion.

4. There is good cause to grant the extension requested.

5. Pursuant to LCvR 7(m), counsel for the parties have conferred as to the substance and necessity for this motion. For the reasons that appear in paragraph 2 above, Defendant will not oppose Plaintiff's motion for extension of time to file his opposition to Defendant's motion for summary judgment.

WHEREFORE, plaintiff respectfully requests that the Court extend his deadline to file and serve his opposition to Defendant's Motion for Summary Judgment from December 29, 2005, to and including January 6, 2006, and extend defendant's deadline to file its reply to said opposition by an equivalent eight days, from January 12 to and including January 20, 2006.

Respectfully submitted,

_____/s/_____
Alan Banov (D.C. Bar No. 95059)
ALAN BANOV & ASSOCIATES
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorneys for Plaintiff