EXHIBIT B TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

```
                                 1
 1  UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF COLUMBIA
 3  - - - - - - - - - - - - - x
 4  KEVIN P. BAKER,            :
 5       Plaintiff,            :
 6    -vs-                     : Case No. 05-CV-1352
 7  ALSTOM TRANSPORTATION, INC.,:
 8       Defendant.            :
 9  - - - - - - - - - - - - - x
10                    Thursday, November 17, 2005
11                    Washington, D.C.
12  Deposition of
13          GREGORY C. MUSCATO
14  a witness in the above-entitled cause, was called for
15  oral examination by counsel for the Plaintiff, at the
16  law offices of Alan Banov & Associates, P.C., 1819 L
17  Street, N.W., Suite 700, Washington, D.C. 20036-3830,
18  commencing at 10:15 a.m., before Doris L. Gude,
19  Shorthand Court Reporter and Notary Public for the
20  District of Columbia, and were present on behalf of the
21  respective parties:
22
```

```
                                 2
 1  APPEARANCES:
 2    FOR THE PLAINTIFF:
 3    BY:  ALAN BANOV, ESQUIRE
 4         NORBERTO SALINAS, ESQUIRE
 5         Alan Banov & Associates, P.C.
 6         1819 L Street, N.W., Suite 700
 7         Washington, D.C. 20036-3830
 8         (202) 822-9699
 9    FOR THE DEFENDANT:
10     BY:  NEIL E. DUKE, ESQUIRE
11          Ober Kaler Grimes & Shriver, P.C.
12          120 E. Baltimore Street
13          Baltimore, Maryland 21202-1643
14
15  Also Present:  Kevin Baker
16
```

```
00074
  1   the Fair Labor Standards Act.
  2        Q    Do you know anything about Kevin's current
  3   employment?
  4        A    I do not, sir, other than I know he's
  5   employed.
  6        Q    Well, let me ask you.  If I told you that
  7   he's working for AMTRAK as an hourly, non-exempt
  8   employee, would that change your mind as to how he
  9   should have been classified at ALSTOM?
 10             MR. DUKE:  Objection.
 11             THE WITNESS:  No, sir.
 12             BY MR. BANOV:
 13        Q    And if I told you he is working for a company
 14   called SAIC and is classified as an hourly, non-exempt
 15   employee, would that change your mind about whether he
 16   was properly classified by ALSTOM?
 17             MR. DUKE:  Objection.
 18             THE WITNESS:  No, sir, because I would have
 19   to look at what their definition of the position is.
 20   In the way we have designed our test engineering
 21   specialist position, it's a very autonomous type
 22   position.  It gives its own direction, makes its own
00075
  1   schedule.  He was a higher end troubleshooter from the
  2   standpoint of evaluating things, designing, working
  3   with computers, so it was not a wrench-turner position.
  4   And what I mean by wrench-turner is the technicians who
  5   truly are non-exempt positions, those are -- they have
  6   a wrench in hand and they are truly fixing things.
```