IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC., )<br>)<br>Defendant. )<br>)  | Civil File No.: 05-CV-01352 (RCL) |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE AN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER: POINTS AND AUTHORITIES**

Defendant, ALSTOM Transportation Inc. ("ALSTOM"), hereby respectfully requests the Court's permission to file its *Opposition to Plaintiff's Supplemental Memorandum in Support of Motion for Protective Order* ("Supplemental Memorandum"). Plaintiff's *Supplemental Memorandum* is untimely filed, as described in ALSTOM's contemporaneously filed *Opposition*, and ALSTOM seeks the Court's permission to fully articulate the basis whereby Plaintiff's belated memorandum must be stricken from the record. The Court's granting of ALSTOM's request to respond to Plaintiff's improper filing will serve in the best interests of justice and preserve ALSTOM's rights to be fully and completing heard with respect to this issue.

Respectfully Submitted,

_____/s/_____
Pamela J. White (D.C. Bar No. 962787)
Neil E. Duke (D.C. Bar No. 471942)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD  21202-1643
(410) 685-1120
Attorneys for Defendant, ALSTOM
Transportation Inc.