**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

Upon consideration of Defendant ALSTOM Transportation Inc.'s Motion for Summary Judgment, Plaintiff Kevin Patrick Baker's Opposition thereto, defendant's reply, and the record herein, it is hereby ORDERED that said motion be DENIED with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January __, 2006