UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-1352 (RCL) |
| | ) |
| ALSTOM TRANSPORTATION, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) January 12, 2006 |

NOTICE OF SEPARATE FILINGS OF EXHIBITS TO
PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Plaintiff Kevin Patrick Baker, through his undersigned counsel, is today filing separately the exhibits to Plaintiff's Opposition to Defendant ALSTOM Transportation Inc.'s Motion for Summary Judgment, which he filed electronically on January 6, 2006 (Filing No. 28), along with a CD containing all of those exhibits.[1]  The exhibits will be available for viewing during the Court's normal business hours.

Respectfully submitted,

_____/s/_____
ALAN BANOV #95059
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiff

---

[1] On January 6, 2006 (Filing No. 29), plaintiff also filed Exhibit 1 electronically, but he was unable to file the rest electronically.  On January 6 he mailed defendant's counsel a CD containing all the exhibits, by regular mail, postage-prepaid, and on January 6 and 11 he sent defendant's counsel Exhibits 2-3, 5-16 by electronic mail.