**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 05-1352 (RCL)** |
| | ) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File His Opposition to Defendant's Motion For Summary Judgment and the record herein, it is hereby

ORDERED that Plaintiff's Motion will be GRANTED; and that the Court's Order of September 14, 2005, will be amended to provide as follows:

| | |
|---|---|
| January 6, 2006 | Deadline for plaintiff to file and serve his opposition to defendant's motion for summary judgment |
| January 20, 2006 | Deadline for defendant to file and serve its reply thereto |

After disposition of defendant's motion for summary judgment, a status conference will be scheduled to set dates for pretrial and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.