IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN PATRICK BAKER )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALSTOM TRANSPORTATION INC. )<br>)<br>Defendant. )<br>) | Civil File No.: 05-CV-1352(RCL) |

**DEFENDANT, ALSTOM TRANSPORTATION INC.'S,
REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

Defendant, ALSTOM Transportation Inc., by its counsel, Ober, Kaler, Grimes & Shriver, A Professional Corporation, pursuant to the Court's *Scheduling Order* and Fed.R.Civ.P., Rule 56, hereby files its *Reply to Plaintiff's Opposition to Summary Judgment*. The grounds supporting this *Motion* are set forth in detail in the *Memorandum of Law* filed contemporaneously with this *Motion*.

Respectfully submitted this 20th day of January 2006.

Respectfully Submitted,

_____/s/_____
Pamela J. White (D.C. Bar No. 962787)
Neil E. Duke (D.C. Bar No. 471942)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643
(410) 685-1120
(410) 547-0699 – Fax

Attorneys for Defendant, ALSTOM
Transportation Inc.

780622.1