# EXHIBIT A

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

Page 1

1         IN THE SUPERIOR COURT

2        FOR THE DISTRICT OF COLUMBIA

3   - - - - - - - - - - - - - - - - - - - - - - -

4   KEVIN PATRICK BAKER,           :

5           Plaintiff              :

6   v.                             :

7   ALSTOM TRANSPORTATION, INC.,   :

8   et al.                         :   Case No.:

9           Defendants             :   05-0002968

10  - - - - - - - - - - - - - - - - - - - - - - -

11

12         Deposition of KEVIN BAKER

13            Baltimore, Maryland

14      Wednesday, September 28, 2005

15              9:40 a.m.

16

17

18

19  Job No: 1-64286

20  Pages: 1 - 265

21  Reported by: Pamela S. Lehmann

22

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

Page 129

```
1      Q.   And on the second page of this three-page
2  document, there purports to be a signature; is that
3  your signature?
4      A.   Yes.  I believe so.
5      Q.   Do you recall filling out this employment
6  application and what time frame that would have
7  been?
8      A.   Yeah.  That would have been in October
9  2000.
10     Q.   Was this subsequent to your conversation,
11 the one you've just described with Matt Rivera?
12     A.   Yes.
13     Q.   The second page of the document has a
14 series of recitals.  And I'll just turn your
15 attention to the second recital, wherein it states
16 that, I certify that all statements made by me on
17 this application for employment are true and correct
18 to the best of my knowledge and belief and agree
19 that if employed -- it would appear to be a
20 misspelling -- ant [sic] misrepresentation,
21 falsification or omission of the facts thereon,
22 shall justify my immediate dismissal.
```

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

Page 131

1   entitled, completed, next to, course or major.  It
2   represents on this document, electrical engineering.
3   Completed either under yes or no, the yes block is
4   checked.  That would seem to suggest that you
5   completed your course required to obtain a major in
6   electrical engineering.  Do you recall the
7   circumstances as to why you checked the yes block as
8   opposed to the no block?
9        A.   I do not -- I -- my specific recollection
10  of filling out this application was leaving that
11  blank.  In reference to leaving it blank, I would
12  refer to my previous conversation with Matt Rivera
13  on whether or not I had intended on completing.  But
14  I had not at that time, so I should -- I recall that
15  as when I was filling this out, I would have to
16  represent myself as having not completed it because
17  that's how I had verbally, so I don't recall
18  checking, yes, here.
19            I do recall putting the course or major.
20  I do recall.  And I put three years, but that really
21  probably should have been four, if you want to count
22  calendar years.  But I had taken a semester here or

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

Page 132

1    there off, so three years was kind of an okay answer
2    for that, but --
3         Q.   Next to the block under completed with the
4    yes or no check marks, there's the term, degree.
5    And it has letters for Onondaga Community College,
6    it represents, ASES, otherwise, I'm going to
7    understand your associate's degree.  Next to SUNY
8    Binghamton, it has the letters, BSEE.  Can you
9    recall or based on your review of this document; is
10   that your handwriting?
11        A.   Well, the -- it doesn't really look like
12   my writing because that's -- I make my E's different
13   than that.  But I don't -- my recollection of
14   filling this out is not -- looks a little bit like
15   my writing, but it's not normally how I make my E's.
16   That all I can say.
17             I do recall actually putting engineering
18   science in there and stuff like that, but -- and,
19   you know, Onondaga Community College.  And I
20   remember, you know, there wasn't really enough room
21   to write everything, but --
22        Q.   So it's your testimony you don't recall

DEPOSITION OF KEVIN BAKER
CONDUCTED ON WEDNESDAY, SEPTEMBER 28, 2005

Page 133

1  whether or not you actually made the designation,
2  BSEE, in conjunction with the representations about
3  your attendance at SUNY Binghamton?
4          MR. BANOV:  As it states.  Testimony is
5  correct, but please restate your testimony.
6          THE WITNESS:  Excuse me?
7          MR. BANOV:  Please restate your testimony.
8          THE WITNESS:  I don't recall exactly what
9  I put there, if anything.  All I'm stating is that
10 that doesn't look like my handwriting, which was
11 specifically what you had asked me.
12 BY MR. DUKE:
13     Q.    Just for clarification of one of the
14 acronyms that we have to deal with as part of the
15 case.  You were assigned originally to the
16 Philadelphia location NEC project.  I'm assuming
17 that stands for Northeast Corridor?
18     A.    Yes.
19     Q.    As a part of what I've shared with you as
20 Defendant's Exhibit Number 3, on the first page it
21 has certain representations regarding the position
22 that you were applying for and your expected salary.

Page 147

1   moments ago that you reviewed a job posting on the
2   Hornell intranet web site.
3            And my question to you now is whether or
4   not what I've described as the job summary, the
5   experience and skills, the education and training,
6   whether those, based on your recollection were
7   similar to the same categories that you would have
8   seen on the intranet site for this -- for a job
9   posting under the title, electrical engineer?
10           MR. BANOV:  He asked and answered it.  But
11  go ahead and give the answer again.
12           THE WITNESS:  Well, as I understood it, in
13  two parts, I believe I stated, no, but in reference
14  to the posting which I took.  But I have seen
15  similar postings such as this one for different
16  positions available within their company.  And that
17  they were somewhat the same, not entirely as I
18  recall.
19           But this could very well have been one
20  that I looked at five years ago on the -- or four
21  years ago, four and a half years ago on their
22  intranet site.  But I can't say with all certainty