# EXHIBIT C

Page 1

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLUMBIA

3  - - - - - - - - - - - - - - - x

4  KEVIN P. BAKER,                :

5         Plaintiff,               :

6      -vs-                        :   Case No. 05-CV-1352

7  ALSTOM TRANSPORTATION, INC.,:

8         Defendant.               :

9  - - - - - - - - - - - - - - - x

10                                 Thursday, November 17, 2005

11                                 Washington, D.C.

12  Deposition of

13              GREGORY C. MUSCATO

14  a witness in the above-entitled cause, was called for

15  oral examination by counsel for the Plaintiff, at the

16  law offices of Alan Banov & Associates, P.C., 1819 L

17  Street, N.W., Suite 700, Washington, D.C. 20036-3830,

18  commencing at 10:15 a.m., before Doris L. Gude,

19  Shorthand Court Reporter and Notary Public for the

20  District of Columbia, and were present on behalf of the

21  respective parties:

22

Page 28

1   A   Yes, sir. It was also designed to insure
2   that we were compliant with the law and that we had
3   people appropriately classified within the exempt and
4   non-exempt areas.
5   Q   Before you did the audit were there any
6   lawsuits against ALSTOM for unpaid overtime by any
7   ALSTOM employees or former employees?
8   A   I do not have knowledge of any prior to that.
9   Q   Besides Kevin Baker's suit are you aware of
10  any other lawsuits against ALSTOM in the United States
11  for unpaid overtime?
12  A   I can speak specifically for the Hornell
13  group.
14  Q   Okay.
15  A   I do not have any other knowledge of any
16  other lawsuits relating to overtime.
17  Q   If there were any lawsuits for unpaid
18  overtime against ALSTOM relating to the Hornell
19  division, is it safe to say that you would know about
20  it?
21  A   Yes, sir.
22  Q   Is there anything more about your

1   A   Yes.  This exhibit period was 1/5/01, I
2  believe.
3   Q   And on the first page of this exhibit the
4  number at the bottom is ALS-0222.  This appears to be a
5  time record for Kevin Baker for the pay period ending
6  January 5, 2001.
7   A   Correct.
8   Q   And does this indicate that he put down 25
9  hours of overtime for that time period?
10  A   That is correct.  And I also understand that
11 there were some mistakes made --
12  Q   I didn't ask about any mistakes.  I'm just
13 asking what it says here.  Okay, so do you know whether
14 Kevin was paid overtime pay for that pay period?
15  A   For that particular pay period I can't commit
16 to without looking at my records, but I do believe that
17 some overtime was paid in error because of the misread
18 from our payroll department clerks during his tenure.
19 So he ended up making out a few extra dollars, but it
20 was in error.
21  Q   Okay, I wasn't asking about any errors, but
22 I'm talking about this document here.  Do you see

Page 99

1  overtime hours some time during the period between
2  November 16, 2000 and July 2, 2004?
3      A    Yes, there is some overtime during that
4  period of time.  Yes.  Mostly overtime between 2000 and
5  2001 years -- yes.
6      Q    Let me give you back the first page of
7  Exhibit Number 6 and I will ask you -- do you see where
8  it says 25 hours on that, overtime?
9      A    I see.
10     Q    And do you see on Exhibit Number 10, pay
11 date, 1/1/01?  Do you see that?
12     A    1/1/01?
13     Q    1/11, my mistake.
14     A    1/11.
15     Q    1/11/01.
16     A    I do see that.
17     Q    Okay, and under OT hours there's 25?
18     A    Yes, sir.
19     Q    Did that 25 come from the first page of
20 Exhibit 6?
21     A    It looks that way, and that was the errors
22 that I was referring to, that our payroll department

1  made because they misread the form.  I believe after
2  that Mr. Baker was instructed to put any overtime, any
3  hours that he worked over 40 at the bottom of the page,
4  because he was an exempt person and that was confusing
5  the payroll people.
6      Q    Do you know who instructed Mr. Baker to put
7  his overtime hours in that spot?
8      A    I believe it was Mr. Curtis Moses.
9           (Deposition Exhibit Number 8 was previously
10 marked for identification.)
11          BY MR. BANOV:
12     Q    Let me show you the first page of Exhibit
13 Number 8.  Do you see that?  And I want to call your
14 attention to the block there at the bottom where it
15 says Explanation.  Do you see that?
16     A    Yes, sir.
17          MR. DUKE:  We're on Exhibit 8?
18          MR. BANOV:  Exhibit 8, yes.
19          THE WITNESS:  Explanation.
20          BY MR. BANOV:
21     Q    Okay, and what's the explanation?
22     A    "Three hours OT this period."  Again, that