UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1352 (RCL) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant, Alstom Transportation Inc.'s Consented To Motion [23] to Strike Exhibit D Attached to Defendant's Memorandum of Law in Support of Motion for Summary Judgment, it is

ORDERED that Defendant's Consent Motion is GRANTED and Exhibit D is struck and substituted with the redacted version of the same document.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 29, 2006.