UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1352 (RCL) |
| ) | |
| **ALSTOM TRANSPORTATION, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

The Court hereby decides the following pending motions as follows:

1. The Consent Motion [12] to Strike Plaintiff's Original Motion [11] for Protective Order is GRANTED, and such Motion [11] is hereby STRICKEN.

2. Plaintiff's Corrected Motion [13] for Protective Order is DENIED. Plaintiff failed to comply with Local Civil Rule 7(m). In any event, Plaintiff has failed to establish good cause for entry of a protective order.

3. Plaintiff's Supplemental Memorandum [26] in Support of his Corrected Motion for Protective Order is STRICKEN. It is untimely as a reply memorandum, and leave of court was not sought or obtained to file a supplemental memorandum.

4. Defendant's Motion [27] for leave to file an opposition to Plaintiff's Supplemental Memorandum is therefore DENIED as moot.

5. Plaintiff's [15] to Compel Discovery is DENIED at this time. Plaintiff's counsel concedes (Reply Memorandum, p. 4) that he did not comply with Local Civil Rule 7(m) or Federal Rule of Civil Procedure 37(d). The informal efforts he details, without ever meeting and conferring in good faith, face-to-face (given the volume,

       extent, and nature of the disputed discovery here) is in fact fatal to plaintiff's motion. The Court sees no basis to conclude that compromise is unlikely, and the Court cautions both parties that any unresolved discovery disputes that require resolution by this Court will almost surely cause sanctions to be imposed against the losing party.

6. A perusal of the discovery dispute does indicate to the Court that defendant's summary judgment motion [21] is premature, and it is therefore DENIED without prejudice to filing a new motion after resolution of the discovery dispute.

7. Counsel shall endeavor in good faith to resolve their discovery dispute within 45 days of this date. Any motion to compel shall be filed within 10 days thereafter. After resolution of any such motion, the Court will set a further schedule.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 29, 2006.