UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEVIN PATRICK BAKER,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1352 (RCL) |
| **ALSTOM TRANSPORTATION, INC.,** | ) | |
| Defendants. | ) | |

### ORDER

The parties in the above-captioned matter agree that this case should be referred for mediation. With their consent, it is hereby

ORDERED, that this case is referred to mediation; and it is further

ORDERED, that the Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator; and it is further

ORDERED, that counsel and parties, including persons with settlement authority, attend mediation; and it is further

ORDERED, that mediation efforts be concluded within 60 days of this date, and it is further

ORDERED, that if the case settles in whole or in part, counsel shall advise the Court of the settlement by filing a stipulation.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 15, 2006.