**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil File No.: 05-01352 |
| ALSTOM TRANSPORTATION INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Kevin Patrick Baker, and Defendant, ALSTOM Transportation Inc. ("the Parties"), through their respective undersigned counsel and pursuant to Fed.R.Civ.P., Rule 41(a)(1), hereby file this *Joint Stipulation of Voluntary Dismissal with Prejudice* in the above-captioned matter and state the following:

1. The Parties resolved this matter with the aid of the Court-assigned mediator, George M. Chuzi, Esquire.

2. Fed.R.Civ.P., Rule 41(a)(1) instructs that, "an action may be dismissed by the plaintiff without order of court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action." *Id.*

WHEREFORE, the parties have signed this *Joint Stipulation of Voluntary Dismissal with Prejudice* and respectfully request that this Court issue an *Order* dismissing Plaintiff's *Complaint* with prejudice.

Respectfully submitted,

_____/s/_____
Alan Banov, Esquire
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036
(202) 822-9699
(202) 842-9331 - Facsimile

Attorney for Plaintiff


_____/s/_____
Pamela J. White
Neil E. Duke
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD  21202-1643
(410) 685-1120
(410) 547-0699 – Facsimile

Attorneys for Defendant,
ALSTOM Transportation Inc.

Dated: January 25, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KEVIN PATRICK BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil File No.: 05-01352 |
| | ) |
| ALSTOM TRANSPORTATION INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' *Joint Stipulation of Voluntary Dismissal with Prejudice*, it is hereby ORDERED, that, Plaintiff's *Complaint* is dismissed with prejudice.

_____          _____
         Date                                    The Honorable Royce C. Lamberth
                                                 Judge, United States District Court

1868779                              3