UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN PATRICK BAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 05-1352 (RCL) |
| | ) |
| **ALSTOM TRANSPORTATION, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 26, 2007.